IN THE UNITED STATES DISTRICT COURT FOR **FILED**
FOR DISTRICT OF COLUMBIA

MAR - 4 2008

Clerk, U.S. District **and**
**Bankruptcy Courts**

**KEENAN KESTER COFIELD** ©
#12249-074
P.O. Box 2000
Lewisburg, PA. 17837-2000

# SEALED

**KEENAN KESTER COFIELD** ©
P.O. Box 545
McConnellsburg, PA 17233

Case: 1:08-mc-00110
Assigned To : Unassigned
Assign. Date : 3/4/2008
Description: miscellaneous

**KEENAN KESTER COFIELD** ©
4109 CuttySark Rd.
Baltimore, MD 21220

**DR. (LORD) KEENAN KESTER COFIELD** ©
**Injury Center of MD, Inc.**
**Horizon Mortgage Brokerage Services, Inc.**
2126 Pitney Rd.
Parkville, MD 21234

**KEENAN KESTER COFIELD** ©
**ORIAN D. COFIELD**
**ARVIETTE L. COFIELD**
**LAVERNE HUNTER-COFIELD**
100 Bordeaux Lane
Madison, Alabama 35757

**KEENAN KESTER COFIELD** ©
**Injury Center of MD, Inc./Karen D. Felder-Cofield**
**Horizon Mortgage Brokerage Services, Inc.**
**Shiquanna D. Erwin**
**Jennifer F. Erwin-Atkinson**
2126 Pitney Rd.
Parkville, MD 21234

**CHERE NEDD**©
40 Venus Court
Parkville, MD 21234

**JUDGMENT CREDITORS/PLAINTIFF(S)/**
**SECURED PARTY CREDITORS**

Fee Pd
$39.00

Vs

**UNITED STATES OF AMERICA, et.al.**


**JUDGMENT DEBTORS/DEFENDANTS**
Continued...

## FOREIGN JUDGMENT ORDER

**PLEASE TAKE NOTICE,** that the attached **CERTIFIED** **"Foreign Judgment Order"** has been registered, recorded, docketed, index, and filed on 4th day of March, 2008, pursuant to Titles 28 USC 1738, 28 USC 1962, 28 USC 1963, as a Judgment of this Honorable United States District Court, so filed, and the attached **"Foreign Judgment Order"** **SHALL**, have **FULL** Faith and Credit in **every** Court within the United States, its Territories, or **any** other States thereof, according to law, and this Judgment is **SO ORDERED.**

On the 25th day of February, 2008, the **Dauphin County Pennsylvania Court of Common Pleas**, filed, signed and executed a **CERTIFIED** Judgment Order to be filed and registered with this Honorable United States District Court Middle District of Pennsylvania, in favor of the Judgment Creditor(s)/Plaintiff(s)/Petitioners/Claimants: **Keenan Kester Cofield, et.al.**, against, **STATE OF MARYLAND, et.al.**, Judgment Debtors/Defendants/Respondents. The **Dauphin County Pensylvania Court of Common Pleas**, entered the following Judgment and Order in favor of the Judgment Creditors/Plaintiffs: **Keenan Kester Cofield, et.al.** as follows: **ORDERED,** Judgment Creditors/Plaintiff(s) are **SECURED PARTY CREDITORS,** to proceed against **any and all** Judgment Debtors/Defendants to collect, the money damages awarded:

**ORDERED,** In Forma Pauperis Status was **GRANTED,** with **any and all** proceedings future proceedings & filings, **SHALL CONTINUE in FULL** force and effect in **any** Court, State or Federal District Court:

**ORDERED, a CERTIFIED COPY** of this Judgment Order, **SHALL BE,** registered, recorded, docketed, indexed, and filed, a United States District Federal Court Clerks Office in for the Middle District of Pennsylvania, and The United States District Court in Maryland:

**ORDERED,** the Clerks of **EACH,** Federal District Court **SHALL SEAL, permanently,** said records and filings, **with only,** LIMITED ACCESS to the release of the amount(s) of the Judgment/Relief and this Judgment Order, **ACCESSIBLE ONLY** by use of the **FEDERAL PACER SYSTEM, only;**

**ORDERED,** No Federal District Court Clerks or **any** other State Court Clerks, **SHALL NOT** allow this Judgment Order or **any** parts thereof be copied, by anyone, **IT IS SO ORDERED:**

**ORDERED, No** Writ of Execution **SHALL be REQUIRED**, or filed in **any** Court, pursuant to Federal Rule of Civil Procedure, **Rule 69**, to collect money damages and judgment, from **any** Judgment Debtors/Defendants;

**ORDERED, No** part or portion of this Judgment Order attached **SHALL BE STAYED;**

**ORDERED,** District Court Clerk **SHALL** fax **immediately** a copy of this Judgment Order to: **MD Parole Commission** at (410)333-8158, then **FBOP** ISM/Records Dept. Lewisburg, PA. (570) 522-7582, and **U.S. Probation Office** (Baltimore, MD) at (410)962-3304, who **EACH SHALL** comply with the **SAME as ORDERED;**

**ORDERED,** the Original Records of this case are **SEALED**, and held **IRREVOCABLE; GAG ORDER IS IN EFFECT TO ALL PARTIES;    PER ORIGINAL ORDER.**

**ORDERED, No** other Court(s) Order, **from any**, jurisdiction, state or federal, **SHALL**, void, supersede, change or otherwise modify this Judgment Order or **any** part thereof, **SHALL**, be void with force and effect upon this Judgment Order;

**ORDERED,** Judgment Creditors/Plaintiff(s) **SHALL** pay no taxes of **any** kind as to this Judgment or the damages awarded;

**ORDERED, Any term**, of Parole/Supervised Release is **TERMINATED; ORDERED,** Writ of Habeas Corpus, Error Coram Nobis, Petitions, and **ALL** Claims were **GRANTED**, and **every** convictions/sentence is void and ruled constitutionally invalid Cofield, Keenan, **ORDERED RELEASE;**

**ORDERED, any** Judgment Debtors/Defendants, or **any** agents thereof, are **PROHIBITED, and ENJOINED**, and **SHALL** not file **any** lawsuits, claims, counterclaims, or **any** actions of **any** kind in Court in **any** jurisdiction, Stare/Federal in relationship to this Judgment Order or **any** part thereof;

**ORDERED,** Judgment Creditors/Plaintiff(s) are **SECURED PARTIES, with FULL** rights themselves to proceed against **any** Judgment Debtors/Defendants collateral, property, securities, accounts, monies or anything of value, including stocks, bonds, insurance policies, in any form belonging to **any** Judgment Debtors, so found in **any** jurisdiction or State, to satisfy this Judgment Order;

**ORDERED,** each, Judgment Debtor/Defendants, **SHALL, immediately** establish a fast, safe method to **TRANSFER FULL** payment and compliance with this Judgment Order to the Plaintiff(s);

**ORDERED,** the Clerk of this Honorable Federal District Court **SHALL IMMEDIATELY, mail and/or provide CERTIFIED COPIES of this Foreign Judgment & Notice** to the Judgment Creditor/Plaintiff **Keenan Kester Cofield**, when a copy of this Judgment Order is

filed and judgment recorded, "**only**", at his Maryland **ADDRESS, located at, 4109 Cutty Sark Rd. Baltimore, MD 21220, address;   IT IS SO ORDERED;**

**ORDERED, any** violation of this Judgment Order could subject **any** Judgment Debtor(s)/Defendants to be held in **CONTEMPT OF COURT**, and/or arrest.

**ORDERED, any** intentional filing of a Bankruptcy Petition in **any** Court to avoid payment of this Judgment Order or enforcement of this Judgment, **SHALL BE** a direct violation of this Court Order, and if any Judgment Debtors/Defendants **cannot pay the FULL** amount of this Judgment so ordered, the Judgment Debtors/Defendants **SHALL automatically FORFEIT and CEDE, IMMEDIATELY, FULL**, title, deed, access, ownership to **any and all** properties, accounts, assets, securities, stocks, bonds, insurance policies, or anything else of value, **SHALL BE** seized, and taken by the Judgment Creditors/Plaintiff(s), who **SHALL** take immediate control and **FULL** custody of said assets, property, buildings, accounts or other things of **any** value;

**ORDERED,**    Judgment Creditors/Plaintiff(s), **SHALL** have **FULL** power, control, and authority, **without limitations** to enforce this Judgment Order, to collect the money relief awarded and to take, seize, forfeit, repossess, anything of value from **any** Judgment Debtor/Defendants located in **any** State, without, the need of **any WRIT OF EXECUTION** to be filed;

ORDERED, Judgment Debtors, **CITIMORTGAGE, SHALL, immediately, without any delay,** mark the account and debts of the Judgment Creditors property located at **2126 Pitney Rd. Parkville, MD 21234,** in the name of Judgment Creditor, **Karen D. Felder-Cofield,** and **4109 Cutty Sark Rd., Baltimore, MD 21220,** in the name of **Kevin L. Cofield, or any other property located or in the names of either Judgment Creditors,    PAID IN FULL,** balance **ZERO, with WRITTEN CONFIRMATION,** this mortgage account **BE REPORTED TO EACH,** of the Three Credit Bureaus who are Judgment Debtors to this action..

**IT IS FURTHER ORDERED**, the current **Mortgage Holder-Citi Mortgage, Inc**. or any other by any name, **SHALL, ensure any and all** records, title & deed is in the name of **Karen D. Felder-Cofield,  Kevin L. Cofield, Judgment Creditor.  FURTHERMORE IT IS ORDERED,** that  Citi Mortgage, Inc. **SHALL,** enter into their records and **FULLY RELEASE, Karen D. Felder-Cofield,** and **Kevin L. Cofield,** of **any,** further **legal obligation and debt owed on this property,** to CitiMortgage, Inc.. Judgment Creditor **Karen D. Felder-Cofield, owns the property located at 2126 Pitney Rd. Parkville, MD 21234, Kevin L. Cofield. Owns now the property located at 4109 Cutty Sark Rd. Baltimore, MD 21220, FREE & CLEAR,** of **any** liens, debts, **any** obligations, payments, or monies of **any** kind to **CitiMortgage, Inc**.  IT IS SO ORDERED.

**ORDERED, Any term**, of Parole/Supervised Release is **TERMINATED; ORDERED, Writ of Habeas Corpus, Error Coram Nobis, Petitions, and ALL** Claims were **GRANTED**, and **every** convictions/sentence is void and ruled constitutionally invalid as to **Cofield, Keenan. ORDERED RELEASED;**

**ORDERED,** the following court cases, convictions and sentences in the name of Judgment Creditor/Plaintiff/Petitioner, Keenan Kester Cofield, by whatever names, case numbers, **United States District Court (Baltimore, MD) Case Number 04-CR-0099-MJG; USDC Eastern District of Tennessee, Case Number: 01-CR-024; Baltimore County District and Circuit , Case Numbers: 01-CR-3868, 05-CR-558, 05-CR-1496, 05-CR-1502; plus, any and all** other criminal/civil court cases, convictions and sentences, **if any,** from the **State of Alabama, Madison County & Morgan County District & Circuit Courts, and Clayton County Superior Court, Jonesboro, GA. each,** conviction and sentences are null, void, and constitutionally invalid, and **each** Court Clerk **SHALL, immediately, without any delay, upon receipt of this Judgment Order, expunge, delete, destroy, and remove any and all records, and computer entries on this subject, Keenan Kester Cofield, and each cases cited; ADDITONALLY, IT IS SO ORDERED,** the Clerk, **United States District Court** in **Birmingham, Alabama,** in the cases of **Lord Keenan Kester Cofield v State of Alabama, Alabama Department of Corrections, et.al. and, Dr. Keenan Kester Cofield, et.al. v McDonalds Corp, et. al.** filed in the **Circuit Court for Baltimore County,** and any other Judgment(s) or Court Orders on file against any Judgment Creditors/Plaintiff(s), **each,** Court Clerk, including **Baltimore City Circuit Court Clerks, SHALL, immediately, without any, delay, void, vacate, expunge, set aside, any and all court files & records, computer entries SHALL be REMOVED and deleted, out of any databases, in the names of any Judgment Creditor/Plaintiff(s) so named in this Order, in any jurisdiction. IT IS SO ORDERED.**

**ORDERED, any and all** Judgment Debtors/Defendants are **PROHIBITED/ENJOINED,** by whatever names, to move, sell, steal, take away, destroy, disconnect, **any item, products,** equipment, property of **any** kind, including furniture from **any** premises located or owned by **any** Judgment Debtor/Defendants, who fail to comply or pay the **FULL** amount of this Judgment awarded, or otherwise not settle or resolved as the Judgment Creditor so directs;

**ORDERED,** This Judgment Order **SHALL, without any** restriction, serves as a **EVICTION ORDER,** to **any and all** Judgment Debtors/Defendants who violate or fail to comply **FULLY** with this Judgment, and to further call upon **any U.S. Marshal, Sheriff, State Police Officer or any other law enforcement agency,** in any jurisdiction, to **EVICT and SEIZE, any and all** persons, accounts, property, assets, policies, or anything of value to satisfy the damages awarded and to arrest **any** violators of this Judgment Order. **THIS PROVISION IS IRREVOCABLE.**

**ORDERED, Injunctive Relief, and Declaratory Judgment/Decree, has been AWARDED and GRANTED,** in favor of the Judgment Creditors/Plaintiff(s);

**ORDERED, any,** U.S. Marshal, Sheriff, law firm, collection agency, **SHALL,** have **FULL** power and authority to enforce the money judgment and/or **any** part thereof, **in any,** State/Federal Court jurisdiction, where **any** accounts, assets, property, bonds, Defendants/Judgment Debtors, or **any** other securities are located or found, belonging **to any,** Judgment Debtors/Defendants, or **any** agents or divisions acting for or on behalf of **any** Judgment Debtors, and said U.S. Marshal Service, Sheriff, law firm, collection agency, **in any** jurisdiction can have **FULL** access to and **SHALL,** take control of **any** account or accounts or **any** other property, **without any, Writ of Execution** as authorized by Rule 69 Federal Rules of Civil Procedure, and the Plaintiff(s), **themselves, each ,. SHALL,** also have the **same right and authority** to access, seize, take control, take **FULL TITLE**

to any **monies, stocks, bonds, lands, buildings, vehicles, furniture, wares**, **without any,** limits, and confiscate, repossess **any** account, property of **any** Defendants and/or obtain **any** such information from **any** Defendants/Judgment Debtors, in order to satisfy this Judgment or other relief.

ORDERED, **Writ of Habeas Corpus/Writ of Error Coram Nobis, Tort/Notice of Claims, Confessed Judgment, and other Petitions**, so filed, is hereby **GRANTED**, as **each**, of the instant noted convictions, sentences, or other imposed disability, is **voided**, and otherwise ruled invalid as described in the Original Petitions and Claims, in favor of the Judgment Creditor/Petitioner/Plaintiff Keenan Kester Cofield, as otherwise outlined relating to the following cases, or as noted in other parts of this Order, so affected:  United States District Court (Baltimore, MD), Case Number 04-CR-0099-MJG;  USDC Eastern District of Tennessee, Case Number: **01-CR-024**;  Baltimore County District & Circuit Courts, Case Number(s): **01-CR-3868, 05-CR-558, 05-CR-1496, 05-CR-1502; plus, any and all,** other criminal convictions and sentences from the State of Alabama, Madison & Morgan County District and Circuit Courts, and Clayton County Superior Court, Jonesboro, GA, by whatever case numbers are listed in their custody in the name of Petitioner, Keenan Kester Cofield, or **any** other named Judgment Creditor(s), are also ruled constitutionally defective, and those convictions are **null, void, and invalid.    FURTHERMORE,** as otherwise described in this Order, the Clerk of the United States District Court for the Northern District of Alabama, (Birmingham), in the case of **(Lord) Keenan Kester Cofield v Department of Corrections Alabama, et.al.,** and **Dr. Keenan Kester Cofield, et.al. v McDonalds Corp., et.al.,** filed in the Circuit Court for Baltimore County Maryland, or any other Judgment(s) or Court Orders on file against the Judgment Creditors/Plaintiff(s), **each,** Court Clerk, including Baltimore City Circuit Court Clerk, in Baltimore, Maryland, as instructed throughout this Judgment Order, **SHALL, immediately, without any delay,** void, vacate and expunge **any** negative information, entries **of any kind,** Judgment or other Court Order, records and **any entries** made in **any** Court Computer, or **any** other files, or databases, of the names of Judgment Creditors, Keenan Kester Cofield, Lord Keenan Kester Cofield, Chere' Nedd, Dr. Keenan Kester Cofield, Karen D. Felder-Cofileld, Orian D. Cofield, Arivette Cofield, Kevin L. Cofield, Shiquanna D. Erwin, Jennifer F. Erwin-Atkinson,  LaVerne Hunter-Thompson, or **any** other Judgment Creditors, wherever said records or files are located in their names.    **Any term of** Supervised Release/Probation, is also **terminated.**

ORDERED, **USA/SSA/Social Security Administration,** and **any** Field Office supervisors, managers, agents, **SHALL** by this Order, **no time** during which the Plaintiff **Keenan Kester Cofield,** was ever held illegally or wrongfully, or unconstitutionally in custody by **any** Defendants, as a result of **any** conviction **from any** Court, State or Federal, as described above, **SHALL,** be used against the Judgment Creditors, affect his benefits awarded. SSA, **shall,** in addition to other ordered relief, **shall, immediately, ON THE DATE OF RECEIPT OF THIS JUDGMENT ORDER,** SSA Field Office in Baltimore, MD, **SHALL, re-calculate, all benefits awarded** in name of the Plaintiff **Keenan Kester Cofield,** receiving **FULL credit** from the **ORIGINAL APPLICATION DATE OF—1979, NOT 1996, which is not correct, per the BOP MEMO and other evidence in Claimants file/records, until** the date of this Order and **all** other Orders, **continuing, shall,** modify, and supersede **any** other previous SSA Orders/ALJ Orders entered. This portion of this Order **only** affects those Defendants/Federal Government Judgment Debtors agencies, as noted as parties herein, under that Judgment Order, and/or case. **IT IS FURTHERED**

ORDERED, Judgment Debtor/Defendants, SSA, and/or **any and all, other United States Government Defendant(s), can through DIRECT DEPOSIT ACCOUNT, along with Social Security Administration,** pay the Judgments of this case and **all** other **separate** cases and Judgment Orders, involving the Judgment Creditor **Keenan Kester Cofield, directly,** into that account, and/or Bank of America, using that process, or in the alternative, SSA **and/or any** other U.S. Government Judgment Debtors, **SHALL** otherwise, make payment by check. **IT IS ORDERED ADDITIONALLY, SSA, and its Field Offices in Baltimore, MD SHALL, also immediately pay any and all other Benefits or Claims pending owed to the Claimant/Petitioner/Plaintiff/Judgment Creditor Keenan Kester Cofield.**

WHEREFORE, good cause shown, the Clerk of this Court **shall**, and is further directed to file, index, and record the **JUDGMENT AND ORDER,** herein, and enter the **Administrative Judgment By Confession** in favor of the Claimants, **Keenan Kester Cofield,** against the Respondents **UNITED STATES OF AMERICA, et.al.** with entry of the Confessed Judgment and Order upon the Journals and records of this Court and Office of Prothonotary, **without any delay.**

IT IS ORDERED AND ADJUDGED, Judgment is hereby **GRANTED** in favor of the Claimant(s), Plaintiff(s)/Judgment Creditors, **Keenan Kester Cofield, et.al.,** on their Administrative Judgment, for **FULL** face value amount of the claims, petitions, complaints, liens, administrative judgment, relief and damages requested, against **each** Defendants/Judgment Debtors, **UNITED STATES OF AMERICA, et.al.,**

ORDERED, Judgment is LIEN against **each** Judgment Debtors/Defendants, lands, assets, property, buildings, cash, stock, or anything of value.

ORDERED, the **Prothonotary/Clerk of Dauphin County PA., SHALL, immediately** file and attach a copy of the recorded Judgment and Order, **after** it is filed and with the United States District Court for the Middle District of PA., **or any other United States District Court Clerks Office, in any jurisdiction or District,** and thereafter, **SEAL THE RECORDS, IRREVOCABLE, if they have not been SEALED. IT IS SO ORDERED.**

ORDERED, pursuant to Federal Rules of Civil Procedure **Rule 69, (NO) WRIT OF EXECUTION is required nor SHALL BE filed or need be filed or recorded in any State, Federal District Court, or Foreign jurisdiction by any Judgment Creditor(s)/Plaintiff(s) to execute, enforce, seize, take control over, title, deed and to transfer any property, lands, assets, buildings, stocks, cash, checks, accounts of any kind, debts of any kind, foreign assets, bank accounts, insurance policies, or anything of value of any Judgment Debtors/Defendants/Petitioners/Respondents, the subject of this Judgment Order and/or collect the money Judgment of any award, in any case or Judgment against any Judgment Debtors/Defendants named herein, to include but not limited to each of the Total 13 Counts.**

ORDERED, Respondents/Defendants/Judgment Debtors **each** are in default, and **any and all** rights under the U.C.C. is invoked, as a **SECURED PARTY CREDITORS.**

18

IT IS ORDERED,  No Court Clerk/Prothonotary from <u>any</u> State/Federal Court jurisdiction **SHALL NOT,** docket nor file, <u>any</u>, <u>Notice of Appeal</u> and/or <u>any</u> other defense, Motions, or other challenges seeking to set aside and/or challenge the <u>uncontested,</u> Confessed Judgment By Consent.  **No part or portion of this Confessed Judgment Order is subject to or by any Court or agency review by any Court or agency in any State, Federal or other jurisdiction.** **IT IS SO ORDERED** & IRREVOCABLE.

IT IS FURTHERED ORDERED, that the <u>State of Maryland Department of Human Resources/& Baltimore County Department of Social Services,</u> in 2005, illegally, <u>without any</u> Notice, hearing or due process of law, to the Plaintiff **Keenan Kester Cofield,** took possession then control of a overpayment for services to the Judgment Creditor, **Keenan Kester Cofield,** from funds from his Social Security account, knowing the agreements were not **continuing,** and were <u>only</u> valid for 12 months at a time,  and  at no time did the **NEW** agreements and/or did Plaintiff/Judgment Creditor **Keenan Kester Cofield,** agree to pay <u>any</u> previous past amounts owed to these agencies.  **THEREFORE, MARYLAND DEPARTMENT OF HUMAN RESOURCES AND BALTIMORE COUNTY DEPARTMENT OF SOCIAL SERVICES,** **SHALL** immediately **upon receipt of this Judgment Order, repay <u>any and all</u> monies each was paid by the United States Social Security Administration in the amount of <u>$9,133.00</u> dollars, to the <u>current</u> EBT direct deposit account of the Judgment Creditor/Plaintiff/Claimant, Keenan Kester Cofield, <u>without any</u> delay, by either agency, in ADDITION TO ANY OTHER BENEFITS, and the other part of this Judgment awarded, <u>individually and separately</u>.  THIS PORTION OF THIS ORDER IS <u>IRREVOCABLE</u>, NOT SUBJECT TO <u>ANY</u> COURT OR AGENCY REVIEW, APPEAL OR CHALLENGES OF ANY KIND.**

**ORDERED, <u>each,</u>** Judgment Debtors/Defendants, **shall,** immediately establish a fast and safe method to **TRANSFER FULL** payment and compliance with this Judgment/Order to the Plaintiff(s) and/or <u>any</u> Title to <u>any</u> stocks, property, or other assets, open accounts, issue credit cards in his, name **Dr. Keenan Kester Cofield,** to whom this Order so applies, as **each** Defendants/Judgment Debtors **shall** per this Order satisfy this Judgment Order or other relief in **FULL,** upon receipt thereof. **ALL CONDITIONS OF THIS ORDER AND JUDGMENT SHALL** BE CARRIED OUT, **WITHOUT** CHANGE, OR CHALLENGE.

**ORDERED, No** other Court(s) Order, from <u>any</u> Court, from <u>any</u> jurisdiction, State/Federal Court(s), **SHALL void, supersede, change or otherwise modify this Judgment Order,** or <u>any</u> part or portion thereof as **ORDERED,** and <u>any</u> such ORDER, **SHALL,** be and have no force and effect over or upon this Court Judgment, and it otherwise **void** and **cannot** be enforced by <u>any</u> Judgment Debtors, against this Judgment Order.

**ORDERED, No** Judgment Debtor/Defendant **SHALL NOT,** and/or are **PROHIBITED/ENJOINED** from discriminating against or harassing, instituting <u>any</u> complaints, adverse employment proceedings or <u>any</u> other matter of <u>any</u> kind, as it relates to this Judgment Order, as this Order serves as **NOTICE and permanent** PROTECTIVE ORDER, against <u>any and all</u> Judgment Debtors/Defendants, past, present, and future. **IT IS SO ORDERED;**

**ORDERED, IT IS SO ORDERED, any** Judgment Debtors/Defendants who violate or in violation of **any** part of this Judgment, **SHALL,** pay **any** and all fees pursuant to Title 28 USC 1921, 28 USC 1961, for collection, seizure, levy and enforcement by the U.S. Marshal Service, Sheriff, etc. if necessary, **in any** State or Judicial District where **any,** assets, property, or where **any** Defendants does any business in **any** form, or where **any** assets, accounts, property can be located in such names, with further assistance, if necessary, of **any** law forms, collection agencies acting on behalf of the Plaintiff(s)/Judgment Creditors, **SHALL,** seize **any** and all property owned by **any** Judgment Debtors located in **any** State, to satisfy the money judgment or **any** part thereof, including taking recovery of **any** stocks, bonds, or other securities, to satisfy this Judgment and Order in FULL, if money funds **are not** fully available, for recovery or seizure of **any** monies. **IT IS FURTHERED ORDERED,** if necessary **any** U.S. Marshal, Sheriff, of **any** jurisdiction, **SHALL,** take **immediately any and all** properties owned by **any** Defendants/Judgment Debtors, **in any** State, to satisfy this Judgment, if funds can not otherwise fully pay the money judgment ordered, and **SHALL** take **FULL Title** to **any** property, also, to satisfy this Judgment, and the same **SHALL BE automatically and immediately TRANSFERRED** to and in the names of the Plaintiff/Judgment Creditors, Keenan Kester Cofield, **without** delay.

**ORDERED, No** Judgment Debtors/Defendants, **SHALL, CLOSE, CANCEL, TERMINATE, FREEZE, TURNOFF,** and/or deny access to **any** accounts, funds, policies, credit cards, or any services provided to **any** Judgment Creditor/Plaintiff(s). **THIS PROVISION IS IRREVOCABLE;**

**ORDERED, Each** United States Federal District Court Clerk, in Maryland and Middle District of Pennsylvania, **SHALL, IMMEDIATELY MAIL** a copy of this Judgment Order to the listed Federal District Court Clerks in **each** jurisdiction described in the Original Judgment Order, for filing and registration as **FOREIGN AND/OR REGISTERED JUDGMENT;:**

**ORDERED, No** part or portion of this Judgment Order **SHALL BE** challenged, by **any** Judgment Debtor/Defendants in **any** Court, State or Federal or **any** type of proceedings filed against the Judgment Creditors/Plaintiff(s) of **any kind,** name(s) in **any** jurisdiction., and no Court SHALL review or is authorized nor permitted to visit or re-open this Judgment Order, and the same is solely **limited,** when and only when **any** Judgment Debtors/Plaintiff(s) have violated **any** reported part or provision of this Order,

**ORDERED,** the amount of the Judgment awarded to the Judgment Creditors/Plaintiff(s), **individually and severely, against each** Judgment Debtors/Defendants in the amount(s) of: **COUNT ONE/1: Two Billion Three Hundred Thirteen Million Nine Hundred Seventy Two Thousands, Six Hundred & Two Dollars, Seventy-Four cents, $2,313,974,602.74; JUDGMENT IS LIEN, WRIT OF HABEAS CORPUS/ERROR CORAM NOBIS, AND OTHER PETITIONS were GRANTED, all convictions are VOID,** as to **case numbers: United States District Court Eastern District of Tennessee, United States District Court of Maryland, Case Number(s): 91-CR-24 & 04-MJG-CR-0099, plus, ALL BALTIMORE CO. District & Circuit Court MD CASES of any kind, CIVIL & CRIMINAL, if any:, 01-CR-3868, 05-CR-552, 05-CR-1496, and 05-CR-1502, EACH must** be expunged, and **IMMEDIATE RELEASE,** from **"any" CUSTODY**

term/parole/supervised release/probation.  Judgment Creditors/Plaintiffs SHALL pay NO taxes as to this judgment award, plus any other relief.

(2).  **COUNT TWO/2**, UNITED STATES OF AMERICA, et. al., includes, Defendants / Judgment Debtors, 1, 2, 3, 4, 5, 9, 10, 11, 12, 99, 101, 102, 103, 109, 110, 111, 112, 158, 159, 160, 161, 175, 207,  with a
 Interest Total of  $ 269,244,575.34;

(3).  **COUNT THREE/3**, UNITED STATES OF AMERICA, et.al. includes, Defendants/Judgment Debtors, 1, 2, 3, 4, 5, 9, 10, 11, 12, 109, 175, with a
Interest Total of  $ 1,757,395,890.40;

(4).  **COUNT FOUR/4**,  UNITED STATES OF AMERICA/SSA, et. al., includes, Defendants/Judgment Debtors,  1, 2, 3, 5, 15, 16, with a
Interest Total of  $ 739,249,575.34;

(5).   **COUNT FIVE/5**, UNITED STATES OF AMERICA/SSA, et. al. includes, Defendants/Judgment Debtors,  1,2,3,5,15,16, with a
Interest Total of   $ 466,849,315.07;

(6).  **COUNT SIX/6**,  UNITED STATES OF AMERICA/SSA, et. al. includes, Defendants/Judgment Debtors,  1,2,3,5,15,16,  with a
Interest Total of  $ 32,095,890.41;

(7).  **COUNT SEVEN/7**, STATE OF MD/IGO/DOC/USA, et. al. includes, Defendants/Judgment Debtors, 1, 2, 3, 4, 5, 9, 10, 11, 12, 99, 101, 102, 103, 109, 110, 111, 112, 158, 159, 160, 161, 175, 207,   with a
Interest Total of  $ 1,784,897,160.27;

(8).  **COUNT EIGHT/8:**    UNITED STATES OF AMERICA, et. al. includes, Defendants/Judgment Debtors, 1, 2, 3, 4, 5, 9, 10, 11, 12, 13, 86, 87, 88, 89, 90, 91, 92, 93, 99, 101, 102, 103, 106, 107, 108, 109, 110, 111, 112, 158,159,160,161,175,207,  with a
Interest Total of $289,657,534.25;

(9).  **COUNT NINE/9:** STATE OF MARYLAND/MD DOC, et. al., includes, Defendants/Judgment Debtors,  109,110,111,112,  with a
Interest Total of $ 5,835,616.44;

(10).  **COUNT TEN/10:**  MACYS, INC. et.al., includes,     Defendants/Judgment Debtors, 68,
69, 70, 71, 72, 73, 74, 75, 76, 77, 99, 100, 101, 102, 103, 109, 110, 111, 134, 135, 136, 158, 159, 160, 190, 207,  with a
Interest Total of $ 758,630,136.99;

(11).  **COUNT ELEVEN/11: PENN NATIONAL GAMING, INC., et. al., includes,**
**Defendants/Judgment Debtors**, 187, 201, 202, with a
**Interest Total of $ 350,136,986.30;**

(12).  **COUNT TWELVE/12: Dr. Donald S. Pritt, Sr, AXA Equitable Life/MASS**
**Mutual/Bank One/JP Morgan Chase, et. al., includes,**  **Defendants/Judgment Debtors**,
209,216,217,218; with a
**Interest Total of $ 291,780,821.92**

(13). COUNT THIRTEEN/13:  **CORRECTIONS CORPORATION OF AMERICA, et.al.**
**includes,**  **Defendants/Judgment** Debtors, 175, with a
**Interest Total of $ 23,342,465.75,**


**(SEE THE ATTACHED JUDGMENT ORDER IN FULL FOR THE ENTIRE**
**JUDGMENT/ORDER- REGISTERED, RECORDED, INDEXED, DOCKETED, AND**
**FILED WITH THIS FEDERAL COURT/CLERKS OFFICE)   CERTAIN PARTS OR**
**PORTIONS OF THIS JUDGMENT ORDER DOES NOT APPLY TO ALL**
**DEFENDANTS-----------------READ CAREFULLY!!!!!!!!**


Dated this the _____
day of  March , 2008.

                                              _____
                                              **CLERK**

**SEAL/CERTIFIED**

                                              _____
                                              **Dep. Clerk**

# ORIGINAL

<u>DOCUMENT 1</u>

## IN THE DAUPHIN COUNTY, PENNSYLVANIA COURT OF COMMON PLEAS

DR. KEENAN KESTER COFIELD,© et..al.     **TO BE SEALED**
4109 CUTTY SARK RD.
BALTIMORE, MD 21220
HORIZON MORTGAGE BROKERAGE SERVICES, INC.
INJURY CENTER OF MD, INC.
KAREN D. FELDER-COFIELD
CHERE K. NEDD
ARVIETTE L. COFIELD
JENNIFER ERWIN-ATKINSON
SHIQUANNA D. ERWIN
KEVIN L. COFIELD
ORIAN D. COFIELD
JOHNNIE FELDER-DECEASED, et.al.

## SECURED PARTY CREDITORS/Plaintiff(s)/Judgment Creditors

Vs                                        Case/Recording Number:

                                          2008 CV 2206 NT

UNITED STATES OF AMERICA, et.al.
U.S. JUSTICE DEPARTMENT TORT CLAIM UNIT
GSA/GAO/COMPTROLLER OF THE U.S. CURRENCY
STATE OF MARYLAND/MD DOC/PAROLE COMM.

**Defendants/Judgment Debtors-Continued:**

<u>**TO: PROTHONOTARY, Dauphin County, PA.**</u>

## <u>"FOREIGN" ADMINISTRATIVE JUDGMENT BY CONSENT & CONFESSED JUDGMENT/LIEN ORDER,</u>

This action comes before the **<u>Office of the Prothonotary</u>** for Dauphin County, Pennsylvania,

based on a **<u>UNCONTESTED----[NOTICE OF FILING WITH ENTRY OF</u>**

**<u>ADMINISTRATIVE JUDGMENT ON CLAIMS AND AFFIDAVIT/AND CONFESSED</u>**

**<u>JUDGMENT/SECURITY AGREEMENT/ COMMERCIAL SECURITY & HOLD</u>**

**<u>HARMLESS INDEMNITY AGREEMENT AND PRIVATE TREASURY BOND]</u>**, for

FEB 2 5 2008

I hereby certify that the foregoing is a true and correct copy of the original filed.

_Stephen D. Hawina_
Prothonotary

filing, recording and indexing, with entry of Confessed Judgment on Claims, upon the records

and journals of the Court of Common Pleas Dauphin County, in favor of the Judgment

Creditors/Plaintiff(s)/Petitioners/**SECURED PARTY CREDITORS**, **Dr. Keenan Kester**

**Cofield, et.al.** **against** the **Respondents/Defendants/Judgment Debtors**:

1). USA/U.S. Justice Department, 2). General Services Admin. (GSA), 3).General Accounting Office, (GAO), 4). FBOP, 5). Comptroller of the U.S. Currency, 6). IRS, 7). Social Security Administration,HQ.(SSA), 8). U.S. Postal Service, 9). Federal Bureau of Investigation, 10). United States Marshal Service, 11). DOJ, 12). United States Treasury Dept., 13). United States Secret Service, 14). United States Department of Education, 15). Social Security Administration, Ms. Ziegel, 16). Social Security Administration/Field Office Managers/Supervisors,

17). Comcast Private Subsidiary,

18). Comcast Cable,

19). AT&T/Cingular,

20). National Benefits Center/L. Pucci,,

21). FORD MOTOR COMPANY, 22). FORD MOTOR CREDIT COMPANY,

23). NATIONWIDE INSURANCE, HQ., NATIONWIDE INSURANCE, Baltimore, MD,

24). UPS, CORP. HQ./UPS Baltimore, MD,

25). FEDERAL EXPRESS CORP. FEDERAL EXPRESS CORP. Baltimore, MD,

26). MERRILL LYNCH, MERRILL LYNCH, Baltimore, MD,

27). DUN & BRADSTREET, Inc., DUN & BRADSTREET, CORP. Baltimore, MD

28). THE ASSOCIATED PRESS, 29). THE BALTIMORE SUN, COMPANY,

30). THE BIRMINGHAM NEWS, 31). BALTIMORE GAS & ELECTRIC Co./ 32). CONSTELLATION ENERGY GROUP, INC. , 33). CHEX SYSTEMS, INC.

34). TELECHECK SERVICES, INC., 35). TELECHECK SERVICES, INC. MD,

36). CERTEGY CHECK SERVICES, INC., 37). CERTEGY CHECK SERVICES, INC. CHOICEPOINT, INC., 38). 39). CHOICEPOINT, INC. & CHOICEPOINT SERVICES, INC., 40). AMERICAN EXPRESS, CO., 41). AMERICAN EXPRESS, CO., Baltimore, MD,

42). CITI MORTGAGE, INC. , 43). CITI MORTGAGE, INC., Frederick, MD,

44). MCI/VERIZON, INC. , 45). VERIZON/MCI, INC. ,

46). VERIZON OF MD, INC. ,Baltimore, MD, 47). CHATTANOOGA TIMES, , CHATTANOOGA TIMES FREE PRESS, 48). MITSUBISHI MOTORS NORTH AMERICA, INC. 49). MITSUBISHI MOTORS NORTH AMERICA,

50). JOHNS HOPKINS UNIVERSITY,

51). JOHNS HOPKINS MEDICINE INTERNATIONAL, LLC,

52). GOOGLE, INC., 53). YAHOO, INC. 54). CORPORATE EXPRESS OFFICE PRODUCTS, INC. (MD), 55). CORPORATE EXPRESS OFFICE PRODUCTS, INC., CORPORATE EXPRESS, INC., 56). AOL/TIME WARNER, 57). TIME WARNER, INC.,

58). ASK.COM. 555 12TH Street, Suite 500, Oakland, CA

59). ASK JEEVES INTERNATIONAL, INC.,

60). MICROSOFT CORP., 61). MILLERS OFFICE SUPPLY,CO., 62). HERTZ CLAIMS MANAGEMENT, CORP., 63). HERTZ RENT A CAR, INC. 110 S. Eutaw Street, Baltimore, MD , 65).  HERTZ CLAIMS MANAGEMENT, INC.

66). HERTZ RENT A CAR, BWI AIRPORT,  67). HERTZ CORP./HERTZ SYSTEMS, INC.,

68). MACYS, INC., 69). MACYS, INC./HECHTS STORES,, 70). MACYS RETAIL HOLDINGS, INC.,

71). HERTZ SYSTEMS,, 72). SECURITY SQUARE MALL MANAGEMENT/Capitol Real Estate Services, Inc., 73). SECURITY SQUARE MALL MANAGEMENT/CAPITOL REAL ESTATE SERVICES, INC., 74). SECURITY SQ. ASSOCIATES, Security Sq. Mall/Bruce D. Lyons,,

75). CAPITOL INVESTMENT ASSOCIATES,, 76). SY LLC, 77). HECHTS STORES, INC-MAY CO.,

78). KINGS MEMORIAL PARK, INC., 79). GOOD SAMARITAN HOSPITAL OF MD, INC. ,

80).  MEDSTAR HEALTH, INC., 81). MARSH FUNERAL HOME, INC.,

82). VAUGHN C. GREENE FUNERAL SERVICES, INC./VAUGHN C. GREENE

83). WALMART STORES, INC., 84). WALMART STORES, INC. (Baltimore, MD)

85). PORTRAIT CORPORATION OF AMERICA, INC., 86). CLAYTON COUNTY CLERK, Superior Court,  87). MADISON COUNTY DISTRICT & 88). CIRCUIT COURT/CLERKS

89). MORGAN COUNTY DISTRICT & 90). CIRCUIT COURT/CLERKS,

91). MORGAN COUNTY SHERIFFS DEPT. Morgan County Courthouse,

92). DECATUR CITY POLICE DEPT.1st Floor City Hall , 93). MADISON CO. SHERIFFS DEPT. Madison County Courthouse, 94). PROVIDENT BANK OF MD, INC.

95). PATENT & TRADEMARKS OFFICE,  96). COPYRIGHT OFFICE, Library of Congress,

97). BOISE CASCADE HOLDINGS, LLC. 98). BOISE CASCADE CORP.,

99). BALTIMORE CO. POLICE PEPT., 100). BALTIMORE CO. (DOC),

101). BALTIMORE CO. CIRCUIT COURT CLERK, 102). BALTIMORE CO. MD. GOVERNMENT, 103). BALTIMORE CO. DISTRICT COURT/CLERK,

104). THOMPSON WEST PUBLISHING CO, 105). GEORGE W.ALLEN, CO.,

106). ALABAMA PARDON & PAROLE BD., 107).ALABAMA DEPARTMENT OF CORRECTIONS, 108). GEORGIA STATE PARDON & PAROLE BOARD,

109). MARYLAND STATE POLICE,  110). MARYLAND PAROLE COMMISSION,

111). MD DOC/PAROLE COMMISSION,  112). MD MRDCC/STATE OF MD.

113). PROVIDENT BANK OF MD, 114). CITI GROUP BANK,

115). CITIBANK, (Baltimore, MD), 116). MCDONALDS CORP.,

117). MCDONALDS CORP. 717 Washington Blvd. Baltimore, MD , 118). TRANSUNION, LLC., 119). TRANSUNION, CORP/TRANSUNION LLC.

120). WACHOVIA BANK, CORP. /HQ.

121). WACHOVIA BANK, CORP. 7 St. Paul Street, Baltimore, MD

122). M&T BANK, 3400 North Charles Street, Baltimore, MD

123). M&T BANK, HQ.

124). M&T BANK, 2303 Delaware Ave. Buffalo, NY

125). MERCANTILE BANK & TRUST, 1100 North Charles Street, Baltimore, MD 21201

126). MERCANTILE BANK & TRUST, 2 Hopkins Plaza, Baltimore, MD 21201

127). JC PENNYS, INC.8200 Perry Hall Blvd., Baltimore, MD
128). JC PENNYS, CORP. P.O. Box 10001, Dallas,TX.
129). CLERK, U.S. District Court/Clerk Eastern District of Tennessee
130).  CLERK, U.S. District Court/Clerk District of MD,
131).  CLERK, U.S. District Court/Clerk, Northern District of Alabama,
132).  CLERK, U.S. Bankruptcy Court/Clerk, (Baltimore, MD)
133).  ATLANTA JOURNAL/CONSTITUTION,
134).  H & R RETAIL, INC.  7201 Wisconsin Ave., Suite
135).  H & R RETAIL, INC., 8401 Connecticut Ave. Suite 1202, Chevy Chase, MD
136).  H & R RETAIL, INC. 2899 Quarry Lake Drive, Suite 320, Baltimore, MD
137).  BURGER KING HOLDINGS, INC. & BURGER KING CORPORATION,
139). PNC Financial Services Group, Inc. HQ.,
140). PNC Financial Services Group, Inc. 141). (PNC BANK) 6227 North Charles Street, Baltimore, MD
142). DELL, Inc.,
143). WASHINGTON MUTUAL, INC.,
144). WASINGTON MUTUAL BANK, INC. 400 E. Main Street, Floor 2, Stockton, CA
145). WASHINGTON MUTUAL BANK #22170 8746 Belair Rd. Nottingham, MD
146). WASHINGTION MUTUAL, INC.. 4520 E. West Highway, Suite 101, Bethesda, MD
147). AMC LOEWS WHITE MARSH 16, 8141 Honeygo Blvd. Nottingham, MD
148). LOEWS CORP. , HQ
149). THE HOME DEPOT, INC. & Home Depot USA, Inc.,
150). HOME DEPOT, INC. 2401 Cleanleigh Dr. Parkville, MD
151). FRANKLIN BANK CORP.,
152). CITI BUSINESS SERVICES, LLC,
153). WELLS FARGO & CO./WELLS FARGO BANK, NA.,
154). CHASE HOME FINANCE, INC. HQ.
155). CHASE HOME FINANCE, INC. 218 E. Pulaski Highway, Elkin, MD
156). R&P PLAZA, LLC./McDonalds Restaurant, HQ,
157). R&P PLAZA, LLC/McDonalds Restaurant, 7309 McClean Blvd. Parkville, MD
158). CIRCUIT COURT FOR BALTIMORE COUNTY/Criminal Records Department,
159). CIRCUIT COURT FOR BALTIMORE COUNTY/Land Records, Recording,
160). OFFICE OF BUDGET & FINANCE/BALTIMORE CO. MD
161). BALTIMORE CITY CIRCUIT COURT, MD
162). BILL HEARD CHEVROLET, INC.-Huntsville, Ala.,
163). BILL HEARD ENTERPRISES, INC., HQ,
164). MBNA AMERICA BANK-(Delaware)/Bank of America Corp., HQ.,
165).MBNA AMERICA/Bank of America Corp., 11333/11350 McCormick Rd. Hunt Valley, MD
166). WMAR 2 NEWS/SCRIPPS HOWARD BROADCASTING CO.,
167). SCRIPPS HOWARD BROADCASTING CO./WMAR-TV, HQ.,
168). NORDSTROM, INC. HQ,
169). NORDSTROM, INC (Store) TOWSON TOWN CENTER Mall, Towson, MD
170). NORDSTROM CREDIT, INC./NORDSTROM BANK, 13531 E. Caley Ave., Englewood, CA , CHEVRON CORP. HQ.
171). CHEVRON PRODUCTS, CO. 2333 Ponce De Leon Blvd. Coral Gables,
172). WINN DIXIE STORES, INC. HQ.

173). MD. DEPARTMENT OF ASSESSMENT & TAXATION,
174). MEDCLEAR, INC.,
175). CORRECTIONS CORPORATION OF AMERICA/Tenn/&Ohio
176). KING SIZE, INC.
177). CHILDRENS PLACE RETAIL STORES, INC. HQ,
178). CHILDRENS PLACE, 8200 Perry Hall Blvd., Baltimore, MD
179). NY & COMPANY, INC., HQ,
180). NY & COMPANY, INC. 8200 Perry Hall Blvd. Baltimore, MD
181). THE LIMITED, INC. 8200 Perry Hall Blvd., Baltimore, MD
182). THE LIMITED, INC. HQ, -
183). ASPEN PUBLSIHERS,
184). BLUMBERG EXCELSIOR,
185). CORPORATE EXPRESS,
186). DURON PRODUCTS,
187). PNGI/CHARLES TOWN RACES & SLOTS, LLC, & Dickey Moore, Mr. Stevens, Mr. Hammond, Mr. Utterback,
188). CORRECTIONAL MEDICAL SERVICES, INC. HQ.
189). CORRECTIONAL MEDICAL SERVICES, INC. 2 Reservoir Circle, Baltimore, MD
190). MACYS, INC. Brian Kruse, Kerry Williams, Jr., 6901 Security Blvd. Baltimore, MD
191). A&G MANAGEMENT COMPANY, INC. 7779 New York Lane,. Glen Burnie, MD
192). A&G MANAGEMENT COMPANY, INC. Northbrooke Apts. 1 E. Solar Circle, Baltimore, MD
193). NCO GROUP, INC./FINANCIAL SYSTEMS, INC. 507 Prudential Rd. Horsham, PA
194). UNIVERSAL COLLECTION SERVICES, 5707 Calverton Street, Suite 2a, Baltimore, MD
195). INDYMAC BANK, INC/fsb, HQ.
196). INDYMAC BANK, 155 Windmill Rd. Prince Frederick, MD
197). WATERVIEW AUTO SALES, INC.
198). ASSURANCE AMERICA LIFE INSURANCE COMPANY, formerly GUARANTEE
199). RESERVE LIFE INSURANCE COMPANY,
200). GUARANTEE RESERVE LIFE INSURANCE COMPANY, 1290 Silas Deane Highway, Wetherfield, CT, GUARANTEE RESERVE LIFE INSURANCE COMPANY, GUARANTEE RESERVE LIFE INSURANCE COMPANY, 530 River Oaks West, Calumet, Illinois , et.al., 201). PENN NATIONAL GAMING, INC. 825 Berkshire Blvd., Suite 200, Wyomissing, PA., 202). CHARLESTOWN RACES & SLOTS, (PNGI), et.al., U.S. Route 340, Charlestown, WV .,
203). Burger King Holdings, Inc., 204). Burger King Corporation,
205). East Coast Bail Bonding/Lucky 7 & Confidential Bail Bonding
206). U.S. Department of Transportation/TSA Unit,
207). Baltimore County District Court Commissioners Office,
208). United States Department of Commerce,
209). JP Morgan Chase Bank/Bank One, Bank of America,
210). Editor/Publisher, Nielson Media Marketing Arts Group,
211). Western Union Corp., 212).Western Union Financial Services, Inc.,
213). Compass Bank, 214). Compass Bankshares, Inc.,

**215). Provident Bankshares, Inc.,**
**216). AXA Equitable Life Insurance & Financial Insurance, Co.**
**217).  Equitable Life Assurance Society of the U.S.**
**218). Mass Mutual Life Financial Group,**
**219). MCI, LLC.,**
**220). Discover Financial Services, Inc. ,**
**221). Maryland Department of Human Resources,**
**222). Baltimore County Department of Social Services/(TOWSON),**
**223). Chase Home Finance, Inc.,**
**224). Winn Dixie Stores, Inc.,**
**225). Md State Department of Assessment & Taxation,**
**226). Injury Treatment Center of MD, Inc.**   filed and entered on the 6th day of July,

2007, from the State of Ohio, filed, recorded in State of Washington and **elsewhere** etc. in 2008,

**against**, the Defendants/Judgment Debtors,  **UNITED STATES OF AMERICA, et.al.,** in the

amount of damages/judgment and debt for (1). **COUNT ONE/1**:  **$2, 000,000,000.00 dollars,**

**all listed Defendants/Judgment Debtors,**  with a **Interest Total of  $2,313,972,602.74**

**dollars,;   (2). COUNT TWO/2, UNITED STATES OF AMERICA, et. al., includes,**

Defendants / Judgment Debtors, **1, 2, 3, 4, 5, 9, 10, 11, 12, 99, 101, 102, 103, 109, 110, 111, 112,**

**158, 159, 160, 161, 175, 207,**  with a  Interest Total of $ **269,244,575.34;**      (3). **COUNT**

**THREE/3,  UNITED STATES OF AMERICA, et.al.** includes, Defendants/Judgment Debtors,

**1, 2, 3, 4, 5, 9, 10, 11, 12, 109, 175,** with a **Interest Total of $1,757,395,890.40;**     (4).

**COUNT FOUR/4,  UNITED STATES OF AMERICA/SSA, et. al., includes,**

Defendants/Judgment Debtors,  **1, 2, 3, 5, 15, 16,** with a **Interest Total of $739,249,575.34;**

(5). **COUNT FIVE/5,    UNITED STATES OF AMERICA/SSA, et. al.** includes,

Defendants/Judgment Debtors, **1,2,3,5,15,16,** with a **Interest Total of $466,849,315.07;**   (6).

**COUNT SIX/6,   UNITED STATES OF AMERICA/SSA, et. al. includes,**

Defendants/Judgment Debtors,  **1,2,3,5,15,16,**  with a **Interest Total of $32,095,890,41;**    (7).

**COUNT SEVEN/7,    STATE OF MD/IGO/DOC/USA, et. al. includes,**

Defendants/Judgment Debtors, **1, 2, 3, 4, 5, 9, 10, 11, 12, 99, 101, 102, 103, 109, 110, 111, 112, 158, 159, 160, 161, 175, 207,** with a **Interest Total of $ 1,784,897,160.27;** (8). **COUNT EIGHT/8: UNITED STATES OF AMERICA, et. al. includes,** Defendants/Judgment Debtors, **1, 2, 3, 4, 5, 9, 10, 11, 12, 13, 86, 87, 88, 89, 90, 91, 92, 93, 99, 101, 102, 103, 106, 107, 108, 109, 110, 111, 112, 158,159,160,161,175,207,** with a **Interest Total of $289,657,534.25;** (9). **COUNT NINE/9: STATE OF MARYLAND/MD DOC, et. al., includes,** Defendants/Judgment Debtors, **109,110,111,112,** with a **Interest Total of $ 5,835,616.44;** (10). **COUNT TEN/10: MACYS, INC. et.al., includes,** Defendants/Judgment Debtors, **68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 99, 100, 101, 102, 103, 109, 110, 111, 134, 135, 136, 158, 159, 160, 190, 207,** with a **Interest Total of $ 758,630,136.99;** (11). **COUNT ELEVEN/11: PENN NATIONAL GAMING, INC., et. al., includes,** Defendants/Judgment Debtors, **187, 201, 202,** with a **Interest Total of $350,136,986.30;** (12). **COUNT TWELVE/12: Dr. Donald S. Pritt, Sr, AXA Equitable Life/MASS Mutual/Bank One/JP Morgan Chase, et. al., includes,** Defendants/Judgment Debtors, **209, 216, 217, 218,** with a **Interest Total of $ 291,780, 821.92** (13). **COUNT THIRTEEN/13: CORRECTIONS CORPORATION OF AMERICA, et.al. includes,** Defendants/Judgment Debtors, **175,** with a **Interest Total of $ 23,342,465.75,** to be paid directly and attachment against **each,** Defendants /Judgment Debtors and all other relief as set forth and requested in the attached **CERTIFIED Notice(s),** directing **any** State/Federal Court Clerk/Prothonotary to enter this Administrative Judgment, along with other relief, including **but not** limited to a **Judgment Lien,** **One Million 1,000,000 Shares of stock** against **any "publicly traded" Defendants/Judgment Debtors** as the Defendants/Judgment Debtors have **WAIVED AND CONSENTED TO A UNCONTESTED—CONFESSED JUDGMENT,** to be recorded and entered, **against each** Judgment Debtor party.

Evidence provided with the Notices and Affidavits attached, indicates the Judgment Debtors/Defendants failed to respond, file any Answer, defense or other appearance to the claims, after, multiple Notices that a failure to respond as required would automatically **WAIVE, any and all**, rights, appeals, challenges, pre-judgment, post-judgment challenges, defenses, and **CONSENT TO JUDGMENT BY CONFESSION, without any,** further Notices as **CERTIFIED by Notary Public and Commissioner of the State of Ohio and State of Washington,** who entered said judgment and liens against **each** Judgment Debtor/Defendants.

The record before this Office **CERTIFIES** and directed, **any**, State and/or Federal Court Clerk, to enter Confessed Judgment **on any uncontested matter**, in the event of the Judgment Debtors/Defendants failed to respond, defaulted, and/or refused to defend the claims, notes, instruments, contracts, agreements, bonds, or other items/documents submitted with the Notices to enter **Foreign Administrative Judgment BY Confession.**

Defendants/Judgment Debtors failed to comply with the conditions of the agreed not to object, contracts, agreements, notices, and bonds served upon them, as required and requested.

**ORDERED,** that this filing **SHALL BE SEALED** and is **IRREVOCABLE**, as requested.

**ORDERED,** Plaintiff/Judgment Creditors, are **GRANTED**, **In Forma Pauperis Status** as to **any and all** other proceedings associated with this Judgment Order, in **any** State or Federal Court, with **FULL WAIVER of any and all** filing fees, court costs, **SHALL BE** paid and taxed to the Defendants/Judgment Debtors, **as requested and consented to by all Defendants.**

**ORDERED,** the **Foreign Administrative Judgment By Consent & Confessed Judgment, SHALL BE, filed, recorded, indexed, and signed by the Clerk and/or Prothonotary, IMMEDIATELY, to be enrolled as a Judgment Order of this Honorable Court of Dauphin County, PA.**

**WHEREFORE,** good cause shown, the Clerk of this Court **shall**, and is further directed to file, index, and record the **JUDGMENT AND ORDER**, herein, and enter the **Administrative Judgment By Confession** in favor of the Claimants, **Keenan Kester Cofield**, against the Respondents **UNITED STATES OF AMERICA, et.al.** with entry of the Confessed Judgment and Order upon the Journals and records of this Court and Office of Prothonotary, **without any delay.**

**IT IS ORDERED AND ADJUDGED,** Judgment is hereby **GRANTED** in favor of the Claimant(s), Plaintiff(s)/Judgment Creditors, **Keenan Kester Cofield, et.al.,** on their Administrative Judgment, for **FULL** face value amount of the claims, petitions, complaints, liens, administrative judgment, relief and damages requested, against **each** Defendants/Judgment Debtors, **UNITED STATES OF AMERICA, et.al.,**

**ORDERED, Judgment is LIEN** against **each** Judgment Debtors/Defendants, lands, assets, property, buildings, cash, stock, or anything of value.

**ORDERED, the Prothonotary/Clerk of Dauphin County PA., SHALL, immediately** file and attach a copy of the recorded Judgment and Order, **after** it is filed and with the United States District Court for the Middle District of PA., and thereafter **SEAL THE RECORDS, IRREVOCABLE. IT IS SO ORDERED.**

**ORDERED,** pursuant to Federal Rules of Civil Procedure **Rule 69, (NO) WRIT OF EXECUTION is required nor SHALL BE filed or need be filed or recorded in any State, Federal District Court, or Foreign jurisdiction by any Judgment Creditor(s)/Plaintiff(s) to execute, enforce, seize, take control over, title, deed and to transfer any property, lands, assets, buildings, stocks, cash, checks, accounts of any kind, debts of any kind, foreign assets, bank accounts, insurance policies, or anything of value of any Judgment Debtors/Defendants/Petitioners/Respondents, the subject of this Judgment Order and/or collect the money Judgment of any award, in any case or Judgment against any Judgment Debtors/Defendants named herein, to include but not limited to each of the Total 13 cases.**

**ORDERED,** Respondents/Defendants/Judgment Debtors **each** are in default, and **any and all** rights under the U.C.C. is invoked, as a **SECURED PARTY CREDITORS.**

**IT IS ORDERED, No** Court Clerk/Prothonotary from **any** State/Federal Court jurisdiction **SHALL NOT,** docket nor file, **any,** Notice of Appeal and/or **any** other defense, Motions, or other challenges seeking to set aside and/or challenge the **uncontested,** Confessed Judgment By Consent. **No part or portion of this Confessed Judgment Order is subject to or by any Court or agency review by any Court or agency in any State, Federal or other jurisdiction. IT IS SO ORDERED & IRREVOCABLE.**

**IT IS FURTHERED ORDERED,** that the **State of Maryland Department of Human Resources/& Baltimore County Department of Social Services,** in 2005, illegally, **without any** Notice, hearing or due process of law, to the Plaintiff **Keenan Kester Cofield,** took possession then control of a overpayment for services to the Judgment Creditor, **Keenan Kester Cofield,** from funds from his Social Security account, knowing the agreements were not **continuing,** and were **only** valid for 12 months at a time, and at no time did the **NEW**

agreements and/or did Plaintiff/Judgment Creditor **Keenan Kester Cofield**, agree to pay **any** previous past amounts owed to these agencies. **THEREFORE, MARYLAND DEPARTMENT OF HUMAN RESOURCES AND BALTIMORE COUNTY DEPARTMENT OF SOCIAL SERVICES, SHALL immediately** upon receipt of this **Judgment Order, repay any and all** monies each was paid by the United States Social **Security Administration in the amount of $9,133.00 dollars, to the current EBT direct deposit account of the Judgment Creditor/Plaintiff/Claimant, Keenan Kester Cofield, without any delay, by either agency, in ADDITION TO ANY OTHER BENEFITS, and the other part of this Judgment awarded, individually and separately. THIS PORTION OF THIS ORDER IS IRREVOCABLE, NOT SUBJECT TO ANY COURT OR AGENCY REVIEW, APPEAL OR CHALLENGES OF ANY KIND.**

**IT IS FURTHER ORDERED, each**, Judgment Debtor/Defendant/Respondents, **SHALL, immediately** pay the **FULL** face value of this Judgment and Order, from **any and all assets, bank accounts, stocks, bonds, property, buildings, furniture's, foreign accounts, insurance assets/policies, or other property** to the Judgment Creditors, **Keenan Kester Cofield, without any delay.**

**ORDERED,** that filing **any** Bankruptcy action in **any** Court to intentionally avoid payment of this Court Judgment, or enforce this Judgment Order and other relief, **any** such act by **any** Judgment Debtors/Defendants **SHALL** be a direct violation of this Judgment Order and the Judgment Debtors/Defendants could be **HELD** in Contempt of this Court Order. **IT IS FURTHERED ORDERED,** in the event **any** Judgment Debtor(s) **cannot** pay the **FULL** amount of this Judgment to the Judgment Creditors/Plaintiff(s), or the matter **cannot** be settled or resolved, the Judgment Debtors/Defendants **SHALL,** automatically **FORFEIT, AND CEDE, immediately, without delay, any and all FURTHER rights, interest or control,** then TRANSFER, **FULL** title, deed, access, ownership, to **any and all** accounts, assets, property, securities, stocks, bonds, insurance policies, of whatever kind, name or value, to the Judgment Creditors, and the Judgment Debtors, so affected, **SHALL BE,** fully responsible and ensure **any and all** necessary filings to recording **any** documents of ownership, including bank accounts, trust, and/or titles to deeds, or **any** other property otherwise not known or described herein is correct, accurate, and complete, according to **any** laws of **any** city, county, state, federal government agency, or other jurisdiction.

**ORDERED,** Judgment Creditor(s) named herein **SHALL** have **FULL** power, control, and authority, **without limitations,** to enforce this entire Judgment Order, to collect the money relief awarded, to further take, seize, forfeit, repossess, **anything of value or not,** from **any** Judgment Debtors located in **any** State, **without,** the need of a WRIT OF EXECUTION, pursuant to Rule 69, Federal Rule of Civil Procedure, and this Order, and/or to enforce the money judgment entered, with **FULL** access and/or **TRANSFER** title/deeds over **any** accounts, property, assets, monies, stocks, buildings, securities, insurance polices, or anything of value, to confiscate, repossess, take, attach and seize from **any** violator-Judgment Debtors so located or found **in any** jurisdiction, or State, **AND IT IS FURTHERED ORDERED,** Judgment Creditors/Plaintiff(s) **SHALL** have the **FULL** right, duty and powers to enforce this Judgment Order in **any** state or jurisdiction to collect the Judgment **SO ORDERED, as SECURED PARTY CREDITOR, themselves, personally, without any** restriction.

ORDERED, (NO) Judgment Debtor/Defendants in **any** event that entity, company, corporation or by whatever name(s), fails to have **FULL** funds or assets to satisfy this Judgment Order in **FULL**; Judgment Debtors are **PROHIBITED/ENJOINED,** and **SHALL NOT** move, remove, sell, destroy, disconnect, nor take away **any** item, products, equipment, property of **any kind**, books, records, wares, computers, furniture and/or anything else of value or not from any property/premises located or owned by **any** Judgment Debtors, agents or other firm(s), the subject of seizure or ownership takeover of title/deed/Transfer of Ownership; **IT IS FURTHER ORDERED,** that the Judgment Creditors and Plaintiffs **SHALL immediately** contact **any** U.S. Marshal, Sheriff, City, County, State Police agency or officers, in said property location, to enforce this Judgment Order, if necessary, and **HOLD** the violator(s) in Contempt of this Court Order, for violation of <u>any part or portion of this</u> Judgment Order, and further, **IT IS ORDERED,** the Judgment Creditors are directed to file Notice in **any** State or Federal U.S. District Court in **any** jurisdiction, whereas any violation has occurred for that Court/Clerk **SHALL** upon this Judgment Order, take immediate action, injunction to issue, **without any further or judicial for of review,** and/or **BODY ATTACHMENT,** against **any** Judgment Debtors/Defendants who violates this Order, and such do hereby Order or instruct the Court/Clerk **SHALL** order a <u>WRIT /NOTICE TO SHOW CAUSE</u>, why, if necessary, the Judgment Debtors/Defendants **SHALL** not be held in Contempt of this Court Order or arrested for violation of this Order.

ORDERED, the Judgment Creditors/Plaintiff(s)/, **personally, SHALL** have **FULL** power, authority, **unrestricted rights to enforce** this Order in **FULL**, as this Judgment Order **SHALL** act as an **immediate EVICTION ORDER** to **any** property owners, managers, employees or **any** other persons of **any** Judgment Debtors, who violate this Judgment Order or fails to **FULLY** comply with **any** part of this Order. **ADDITIONALLY, IT IS FURTHER ORDERED,** this Judgment Order **SHALL** be enforced in like manner as a **RIGHT TO EVICTION**, against **any** violator Judgment Debtor/Defendants, as this Order **SHALL** call upon **any**, <u>U.S. Marshal, Sheriff, Police Officer, Collection Agent, Law Firm</u>, to enforce this Judgment Order, if necessary, **with the immediate removal of any persons on the property without the permission of the Judgment Creditors, any violation of this Judgment Order could subject the violator of being charged with Trespassing.** **IT IS FURTHER ORDERED,** no further proceedings are available or need be taken, nor **SHALL** be held of **any** kind against **any** Judgment Debtor(s)/Defendant who is **EVICTED,** pursuant to this Judgment Order, and no Judgment Debtors **SHALL NOT** file or have **any** right **in any** Court to challenge, contest in **any** form, **in any** Court case in **any** state/federal jurisdiction is **PROHIBITED** as otherwise ordered as described above in this Judgment Order. The Right of Eviction is solely the power, right and authority of the Judgment Creditors/Secured Parties, **without any** Court review, in **any** Court, in **any** state/federal jurisdiction. **IT IS ORDERED THIS PROVISION IS IRREVOCABLE.**

ORDERED, **Injunctive Relief, and Declaratory Judgment/Decree,** has been **AWARDED/GRANTED,** in favor of **each** Judgment Creditor/Plaintiffs, against **any and all** Judgment Debtors/Defendants named in this action, **without, any** further review, as this provision of the Judgment Order is **IRREVOCABLE,** and **cannot** be terminated at all, affecting **ALL,** parts, provisions, portions, and language described in this Judgment Order to be enforced, fully. **IT IS SO ORDERED.**

ORDERED, **(NO),** Judgment Debtors/Defendants named to this action as **any** result of this Judgment and Order, **SHALL NOT** and/or is **PROHIBITED & ENJOINED,** from discriminating

against, instituting **any** complaint(s), adverse employment proceedings **of any kind**, or **any** other matter, by **any** name(s), **SHALL NOT,** be filed, or served, upon **any** Judgment Creditor/Plaintiff(s) due to the filing of this action and/or due to **any** part or portion of this Judgment Order, against **any** Judgment Creditors/Plaintiff(s) named in this Court Order, **any such action, SHALL BE** a violation of this Judgment Order, as so described. This **Section** of this Judgment Order **SHALL** act and serve as a **permanent PROTECTIVE ORDER,** against, **any and all,** Judgment Debtors and Defendants named to this action and Judgment Order, **past, present, future, and "SHALL NOT", expire.   IT IS SO ORDERED.

**ORDERED,** Judgment Debtors/Defendants, or any agents, employees thereof, **each**, are **PROHIBITED,** or otherwise **ENJOINED,** and **SHALL,** not file, **any,** suits, claims, counterclaims, or **any** other actions of **any kind**, in **any**, Court in **any**, jurisdiction, State/Federal, in relationship to this Judgment or **any** part of the Original claims, cause of action. This portion of this Order and Judgment is **IRREVOCABLE,** and **any** Judgment Debtors who files **any** such claims, complaints, suits of **any kind or nature,** by **any** Defendants, so upon this Judgment Order with Notice, **SHALL,** dismiss such action, filing, as this Judgment Order, **SHALL BE,** filed with that Court, for the purpose of having **any** court or **any** other complaint so filed, with, **anyone,** any other Defendants/Judgment Debtors or any agency/agents thereof, and/or this Judgment Order serves and **FURTHER NOTICE,** to all Judgments debtors, law firms, lawyers, or **any** other, who, **shall** file, or attempt to file **any** complaint or suit with **any** Defendants or on behalf of **any** Defendants/Judgment Debtors, **in any** jurisdiction, State or Federal Courts, **shall be,** a direct violation of this Judgment Order for **any** Judgment Debtors , or **any** agent(s) thereof acting on behalf of **any** Judgment Debtors/Defendants, **SHALL PAY SANCTIONS,** in the amount of **$1,000,000** dollars for **any and each occurrences,** to **each**, Judgment Creditors, **directly,** and being reported to the State Bar Association/American Bar Association for direct violation of this Judgment Order, when **any** act or filing against **any** Judgment Creditors is filed or occurs.

**ORDERED,** No party by whatever names to this action, **SHALL,** at anytime or place, disclose, share, talk, e-mail, call, mail, fax or release, to the public, media, law enforcement or otherwise, **in any form, any,** information, documents, records, papers or a copy of this Judgment Order, about this case, issues, or the arrests or any records made relating to Plaintiff(s), or **any** other relief awarded or granted and **IT IS FURTHER ORDERED,** all details of this action **SHALL** be kept private and confidential, **permanently,** among the parties. **THIS PORTION OF THIS ORDER IS A GAG ORDER TO ALL PARTIES NAMED OR UNKNOWN TO THIS JUDGMENT ORDER AND CAUSE OF ACTION.**

**ORDERED,** No Defendants/Judgment Debtors, **SHALL,** pay or deposit **any** part or portion of the money Judgment or **any,** other property, stock relief entered herein, into **any Court**, by **any,** Defendants/Judgment Debtors, and all monies **SHALL,** be paid directly to the Plaintiff(s)/Judgment Creditors as so **ORDERED, immediately,** and upon the approval of the Plaintiff Keenan Cofield, financial arrangements can be made, if Plaintiff, so agrees, in writing.

**ORDERED, any,** U.S. Marshal, Sheriff, law firm, collection agency, **SHALL,** have **FULL** power and authority to enforce the money judgment and/or **any** part thereof, **in any**, State/Federal Court jurisdiction, where **any** accounts, assets, property, bonds, Defendants/Judgment Debtors, or **any** other securities are located or found, belonging **to any**, Judgment Debtors/Defendants, or **any** agents or divisions acting for or on behalf of **any** Judgment Debtors, and said U.S. Marshal Service,

Sheriff, law firm, collection agency, **in any** jurisdiction can have **FULL** access to and **SHALL**, take control of **any** account or accounts or **any** other property, **without any, Writ of Execution** as authorized by Rule 69 Federal Rules of Civil Procedure, and the Plaintiff(s), **themselves, each ,_,** **SHALL**, also have the **same right and authority** to access, seize, take control, take **FULL TITLE to any monies, stocks, bonds, lands, buildings, vehicles, furniture, wares**, **without any,** limits, and confiscate, repossess **any** account, property of **any** Defendants and/or obtain **any** such information from **any** Defendants/Judgment Debtors, in order to satisfy this Judgment or other relief.

**ORDERED,** that a copy of this Judgment **SHALL BE**, faxed to the **U.S. Probation Office in Baltimore, MD** at (410)962-3304, who **SHALL, immediately, CLOSE, any,** record files on Judgment Creditor **Keenan Kester Cofield, terminate, any,** term of supervision under that offices control., **EFFECTIVE UPON RECEIPT THEREOF.**

**ORDERED, any** disobedient party/Judgment Debtors is further compelled to **FULLY** with this entire Judgment as applicable to that party, pursuant to Rule 64, Rule 70(a)(b)(d); 28 USC 566(a)(c) FR.CIV.P. and **any** and Judgment Debtors not in **FULL** compliance **SHALL** be held in **CONTEMPT** of this Court Order, pursuant to the laws of said State, Courts, and this Order.

**ORDERED, IT IS SO ORDERED, any** Judgment Debtors/Defendants who violate or in violation of **any** part of this Judgment, **SHALL**, pay **any** and all fees pursuant to Title 28 USC 1921, 28 USC 1961, for collection, seizure, levy and enforcement by the U.S. Marshal Service, Sheriff, etc. if necessary, **in any** State or Judicial District where **any**, assets, property, or where **any** Defendants does any business in **any** form, or where **any** assets, accounts, property can be located in such names, with further assistance, if necessary, of **any** law forms, collection agencies acting on behalf of the Plaintiff(s)/Judgment Creditors, **SHALL,** seize **any** and all property owned by **any** Judgment Debtors located in **any** State, to satisfy the money judgment or **any** part thereof, including taking recovery of **any** stocks, bonds, or other securities, to satisfy this Judgment and Order in FULL, if money funds **are not** fully available, for recovery or seizure of **any** monies. **IT IS FURTHERED ORDERED,** if necessary **any** U.S. Marshal, Sheriff, of **any** jurisdiction, **SHALL,** take **immediately any and all** properties owned by **any** Defendants/Judgment Debtors, **in any** State, to satisfy this Judgment, if funds can not otherwise fully pay the money judgment ordered, and **SHALL** take **FULL Title** to **any** property, also, to satisfy this Judgment, and the same **SHALL BE automatically and immediately TRANSFERRED** to and in the names of the Plaintiff/Judgment Creditors, Keenan Kester Cofield, **without** delay.

**ORDERED, Writ of Habeas Corpus/Writ of Error Coram Nobis, Tort/Notice of Claims, Confessed Judgment, and other Petitions**, so filed, is hereby **GRANTED**, as **each**, of the instant noted convictions, sentences, or other imposed disability, is **voided**, and otherwise ruled invalid as described in the Original Petitions and Claims, in favor of the Judgment Creditor/Petitioner/Plaintiff Keenan Kester Cofield, as otherwise outlined relating to the following cases, or as noted in other parts of this Order, so affected:  United States District Court (Baltimore, MD), Case Number 04-CR-0099-MJG;  USDC Eastern District of Tennessee, Case Number: 01-CR-024;  Baltimore County District & Circuit Courts, Case Number(s): 01-CR-3868, 05-CR-558, 05-CR-1496, 05-CR-1502; plus, any and all, other criminal convictions and sentences from the State of Alabama, Madison & Morgan County District and Circuit Courts, and Clayton County Superior Court, Jonesboro, GA, by whatever case numbers are listed in their custody in the name of Petitioner,

Keenan Kester Cofield, or **any** other named Judgment Creditor(s), are also ruled constitutionally defective, and those convictions are **null, void, and invalid.    FURTHERMORE,** as otherwise described in this Order, the Clerk of the United States District Court for the Northern District of Alabama, (Birmingham), in the case of **(Lord) Keenan Kester Cofield v Department of Corrections Alabama, et.al.,** and **Dr. Keenan Kester Cofield, et.al. v McDonalds Corp., et.al.,** filed in the Circuit Court for Baltimore County Maryland, or any other Judgment(s) or Court Orders on file against the Judgment Creditors/Plaintiff(s), **each,** Court Clerk, including Baltimore City Circuit Court Clerk, in Baltimore, Maryland, as instructed throughout this Judgment Order, **SHALL, immediately, without any delay,** void, vacate and expunge **any** negative information, entries **of any kind,** Judgment or other Court Order, records and **any entries** made in **any** Court Computer, or **any** other files, or databases, of the names of Judgment Creditors, Keenan Kester Cofield, Lord Keenan Kester Cofield, Chere' Nedd, Dr. Keenan Kester Cofield, Karen D. Felder-Cofileld, Orian D. Cofield, Arivette Cofield, Kevin L. Cofield, Shiquanna D. Erwin, Jennifer F. Erwin-Atkinson, LaVerne Hunter-Thompson, or **any** other Judgment Creditors, wherever said records or files are located in their names.    **Any term of** Supervised Release/Probation, is also **terminated.**

**ORDERED,** the Clerk for the United States District Court for the Middle District of Pennsylvania, **SHALL, immediately** fax a **CERTIFIED** copy of this Judgment Order, **after,** it is registered, recorded, docketed, index and filed, with that office, as well as a **CERTIFIED** copy to: Department of Public Safety & Correctional Services/Div. of Parole & Probation/Case Monitoring Unit, Baltimore, MD FAX # **(410)333-8158,** who, **SHALL, immediately** comply with this Judgment Order where and to whom it is applicable to that agency or Defendants/Judgment Debtors. Petitioners/Judgment Creditor Keenan Kester Cofield's parole is **terminated.**

**IT IS FURTHEED ORDERED,** the Clerk of this Court, **SHALL,** also fax and mail to: Federal Bureau of Prisons at Lewisburg, PA. ISM/Records Offices, P.O. Box 1000, Lewisburg, PA. 17837-1000, **Fax # (570)522-7582,** who **SHALL, FULLY,** comply with the same as so **ORDERED,** and as described herein, and terminate and void **any** record TERM OF CUSTODY/SUPERVISED RELEASE/PAROLE/PROBATION, entry of this Claimant/Petitioner/Plaintiff in any databases, computer files, NCIC, etc.

**ORDERED,** SSA/Social Security Administration, and **any** Field Office supervisors, managers, agents, **SHALL** by this Order, **no time** during which the Plaintiff **Keenan Kester Cofield,** was ever held illegally or wrongfully, or unconstitutionally in custody by **any** Defendants, as a result of **any** conviction **from any** Court, State or Federal, as described above, **SHALL,** be used against the Judgment Creditors, affect his benefits awarded. SSA, **shall,** in addition to other ordered relief, **shall, immediately, ON THE DATE OF RECEIPT OF THIS JUDGMENT ORDER,** SSA Field Office in Baltimore, MD, **SHALL, re-calculate, all benefits awarded** in name of the Plaintiff **Keenan Kester Cofield,** receiving **FULL credit** from the **ORIGINAL APPLICATION DATE OF—1979, NOT 1996, which is not correct, per the BOP MEMO and other evidence in Claimants file/records,** until the date of this Order and **all** other Orders, **continuing, shall,** modify, and supersede **any** other previous SSA Orders/ALJ Orders entered. This portion of this Order **only** affects those Defendants/Federal Government Judgment Debtors agencies, as noted as parties herein, under that Judgment Order, and/or case. **IT IS FURTHERED ORDERED,** Judgment Debtor/Defendants, SSA, and/or **any and all,** other United States Government Defendant(s), can through **DIRECT DEPOSIT ACCOUNT,** along with Social Security Administration, pay the

Judgments of this case and **all** other **separate** cases and Judgment Orders, involving the Judgment Creditor **Keenan Kester Cofield**, **directly,** into that account, and/or Bank of America, using that process, or in the alternative, SSA **and/or any** other U.S. Government Judgment Debtors, **SHALL** otherwise, make payment by check.

**ORDERED, each,** Judgment Debtors/Defendants, **shall, immediately** establish a fast and safe method to **TRANSFER FULL** payment and compliance with this Judgment/Order to the Plaintiff(s) and/or **any** Title to **any** stocks, property, or other assets, open accounts, issue credit cards in his, name **Dr. Keenan Kester Cofield**, to whom this Order so applies, as **each** Defendants/Judgment Debtors **shall** per this Order satisfy this Judgment Order or other relief in **FULL,** upon receipt thereof. **ALL CONDITIONS OF THIS ORDER AND JUDGMENT SHALL** BE CARRIED OUT, **WITHOUT** CHANGE, OR CHALLENGE.

**ORDERED, No** other Court(s) Order, from **any** Court, of from **any** jurisdiction, State/Federal Court(s), **SHALL void, supersede, change or otherwise modify this Judgment Order,** or **any** part or portion thereof as **ORDERED,** and **any** such ORDER, **SHALL,** be and have no force and effect over or upon this Court Judgment, and it otherwise **void** and **cannot** be enforced by **any** Judgment Debtors, against this Judgment Order.

**THIS ACTION SHALL BE** DISMISSED **WITH PREJUDICE** AND RECORD CLOSED, IRREVOCABLE.

Judgment Debtors/Defendants **SHALL** pay **any and all** taxes, court costs, if any.

**THIS JUDGMENT SHALL BE RECORDED WITHOUT ANY FURTHER NOTICES TO ANY DEFENDANT/JUDGMENT DEBTORS OR PROCEEDINGS OF ANY KIND. OTHERWISED, BY CONSENT AND FULL WAIVER, ARE PROHIBITED BY CONSENT OF THE DEFENDANTS.**

(SEE ADDENDUM)------

Dated this the *25* day of February, 2008

**SEAL**

*Stephen C. Harina*
_____
**PROTHONOTARY/JUDGE**

# ADDENDUM TO JUDGMENT ORDER BY CONFESSION

**ORDERED,** this portion of the Judgment Order is an addendum, supplement, or amendment to the Original Judgment Order, as set forth and in further use or support of the Judgment Order, all parts, portions, as applicable to the Defendant/Judgment Debtors, Courts, and/or other named or unknown parties as described herein, as portions of this addendum, amendment, supplement to this Judgment Order are applicable separately to other Court Orders to be entered in other cases.

**ORDERED,** the Plaintiffs/Petitioners/Judgment Creditors, so named, **GRANTED,** In Forma Pauperis Status as to the Judgment Order, with **any** and **ALL** proceedings, and **SHALL CONTINUE** in FULL force in **any** other Courts, State or Federal District Courts, case proceeding(s) or filing with **WAIVER** of **any** or all filing fees, plus **any** and all costs, **SHALL,** be taxed shared and/or equally paid by the Defendants /Judgment Debtors, as stated above in the Original Order, as so **ORDERED; FURTHERMORE,** In Forma Pauperis Status **SHALL** have **FULL** Faith and Credit in **every** Court, State/Federal, where this Judgment Order, **SHALL** be registered, recorded, docketed, index, or filed as a Final Judgment, Lien and./or Foreign Judgment, pursuant to Titles 28 USC 1738, 28 USC 1962, and Title 28 USC 1963, or **any** other additional applicable rule, statute, under **any,** State and Federal laws;

**ORDERED,** the Judicial proceedings, Judgment Order filed, **SHALL** have the same **FULL** Faith and Credit in **every** Court within the United States, its Territories, or **any** State as they have by laws or usage in the Courts of this State.  **JUDGMENT IS FINAL.**

**ORDERED,** the Clerk of this Honorable Court, **SHALL,** immediately forward to the following United States District Court Clerks Offices, a CERTIFIED/official copy of this Judgment and Addendum Orders, so entered.  The Judgment Order, **SHALL,** be registered, recorded, docketed, index, and filed to otherwise conform to the rules and regulations relating to the jurisdiction of the Courts of **any** State, within the United States, and this ORDER was written to recover money Judgment and other relief, of **any** jurisdiction of the United States District Court, **any** other and all State Courts, or other jurisdictions where registered, or where a Defendant resides or does business, **SHALL** be enforced in like manner.

**IT IS FURTHERED ORDERED,** the Clerk is directed to send a Certified Copy of this Judgment Order as described to be enforced, fully, as an Judgment Order of **any** State and/or Federal District Court, **immediately,** to **without any delay:**

> United States District Court
> Clerk of MD
> 101 West Lombard Street
> Baltimore, MD 21201 **And Any**
> United States District Court for the
> Middle District of Pennsylvania

**Or elsewhere in Pennsylvania,** for **each,** United States District Court Clerks Offices, along with the **separately** attached "NOTICES" Judgment Order, attached to a CERTIFIED COPY of this Court Order & Judgment, necessary and prepared by the Judgment Creditors, to register, record, docket, index, and filing of this Judgment Order of this Honorable Court, with their respective Court Clerks Offices, in Pennsylvania and Maryland, pursuant to Title 28 USC 1738, 28 USC 1962, and 28 USC 1963, to register this Judgment Order as a **"FOREIGN JUDGMENT"** with the Clerks Office in Baltimore, MD.    **IT IS SO ORDERED,** Judgment Creditors/Plaintiff(s) In Forma Pauperis Status **SHALL** and is to **continue** and **remain in FULL** force and effect, with the **TRANSFER** of this Judgment Order and Notices to register said Judgment Order, to be enforced, immediately, **without** any delay, as a Federal Court Judgment and Order, accordingly, this is the **ORDER.**

**ORDERED, "NO" WRIT OF EXECUTION shall,** be required or filed with **any** Court by the Judgment Creditors/Plaintiffs/Petitioner, to collect or execute the money portion awarded to the Plaintiff(s) as authorized by Rule 69 Federal Rules of Civil Procedure, or as otherwise, **ORDERED, according to law.**

**ORDERED,** No part or portion of this Judgment or Court Order, **SHALL BE STAYED,** by **any** party, in **any** Court. **FURTHERMORE, IT IS SO AND FURTHER ORDERED,** that the Clerk of this Court, and **any** and all other Courts State or Federal, **in any** jurisdiction where this Judgment Order need or **SHALL** be registered or filed, **SHALL** record and enter this Judgment, also as **LIEN Against any and all** named Judgment Debtors/Defendants, effective immediately, **in any** Court jurisdiction.

**ORDERED, Federal Bureau of Prisons/FPC Lewisburg ISM & Records Offices, U.S. Justice Department, United States Marshal Service, United States Probation Office,** in **any** jurisdiction, SHALL **immediately** upon this Order, from **any** and/or this Court Clerk, **RELEASE,** the Plaintiff/Petitioner/Judgment Creditor, Keenan Kester Cofield, 12249-074, from illegal custody/conviction, and update **ALL** records if Keenan Cofield is already release.

**IT IS FURTHERED ORDERED,** the above named agencies **each,** along with all other law enforcement of **any** names, **SHALL FIRST,** make copies of **any and all** records, computer entries of **any** kind, NCIC records, files, investigative notes, reports, files, arrest records, notes, entries, fingerprint cards, medical records, being in the custody of **any** Defendant(s) so named to this action, or as so described, and **SHALL,** make, then mail copies of the same to the Judgment Creditors/Plaintiff Keenan Kester Cofield, located at 4109 Cutty Sark Rd., Baltimore, MD 21220; **SECONDLY,** consistent with other provisions of this Order and Judgment, the above agencies, along with the State of MD/DOC/Parole & Probation Divisions in Baltimore, MD, to include but not limited to:  **Homeland Security, Treasury Department, FBI, Secret Service, U.S. Postal Service/Inspector, U.S. Justice Departments, U.S. Attorneys Offices, US Marshal Service, any United States District Courts, Alabama Department of Public Safety, and other law enforcement agencies, City. County, State and Federal Court & Clerks, named to this action, SHALL, each,** immediately, destroy, delete, expunge and purge **permanently, any and all** records, files, computer records, entries, **of any** kind made by that agency or **any** other agency, City, County, State or Federal, company, corporations, individual/persons by **WRITTEN**

**CONFIRMATION,** to the affected Judgment Creditors/Plaintiff(s), that the same had been completed as so **ORDERED,** to further include, **Karen D. Felder-Cofield, Orian D. Cofield, Chere' Nedd, Kevin L. Cofield, Shiquanna Erwin, Arivette Cofield, LaVerne Hunter-Thompson, may not** apply to **ALL** Plaintiff(s)/Judgment Creditors.

**ORDERED, ANY AND ALL** Custodians, agents, employees, owners, managers, supervisors, **of any** Defendants/Judgment Debtors City, County, State, Federal offices, agencies, Courts, or others, and to all whom this portion of the Judgment Order is applicable to, to include **but not** limited to: private, company, individuals, corporations, Defendants, named herein, records, files, databases, investigation records, notes, entries, **any** State or Federal Criminal Justice files, records, fingerprint records, FBI, NCIC records, databases, of any kind, **SHALL,** also in addition to deleting and purging of **any** record entry or reports in the name of otherwise referencing to the Plaintiff(s), or Keenan Kester Cofield, also in **any** other names, **each,** Defendants/Judgment Debtors, and their agents, servants, employees of the same, named herein, **SHALL, also SEAL, permanently, any and all** access to **any** records, reports, files, court database entries, law enforcement entries of **any kind** relating to or in any ay referencing Judgment Creditors, **effective immediately.** IT IS **FURTHER ORDERED,** that, **each,** Defendant/Judgment Debtors, **SHALL,** give **WRITTEN NOTICE,** and confirmation directly to the Plaintiff, Keenan Kester Cofield, that such records, files, investigative reports, notes, computer entries, files, memos, of **any kind,** under **any** name or matter referencing **any** Judgment Creditors, **in any form, SHALL,** Judgment Creditors **SHALL,** receive written notice, that such parties have fully deleted, purged, and otherwise **SEALED,** said records, access to **any** records of **any kind, CERTIFYING** nothing, is **saved,** by the Defendants, by **any** method, device, computer, databases, record files, as this portion of this Order, is **IRREVOCABLE, permanently,** as well as the money Judgment is due in **full,** upon receipt of this Order, **without any delay, to further include Karen D. Felder-Cofield, Orian D. Cofield, Chere' Nedd, Shiquanna D. Erwin, Arivette Cofield, LaVerne Hunter-Thompson.**

**IT IS ORDERED, (NO)** State or other Judgment Debtor/Defendants, named herein, from the State of Maryland, State of Alabama, or **any** other State or jurisdiction, **SHALL NOT,** remove, close, purge, delete, **any,** Drivers License Record or file information relating to **any,** Judgment Creditors/Plaintiff(s) named in this Judgment Order, and/or take **any,** adverse action, **except, any and all, if any,** fines, tickets, citations, taxes, insurance penalties are noted on the records of **any** Judgment Creditor/Plaintiff(s), the Motor Vehicle Department, **SHALL,** mark such record, ticket, insurance penalties and/or fines, or any other matter of that agency, as **PAID IN FULL,** with ZERO balance, and furthermore, **IT IS FURTHER ORDERED, any,** type of flags by **any** Judgment Debtors/Motor Vehicle agency **SHALL BE , removed immediately, along with any negative reported information, SHALL BE, REMOVED,** with **written** Notice to the affected Judgment Creditor(s).

**ORDERED,** the Clerk for the United States District Court for the Middle District of Pennsylvania, **SHALL, immediately** fax a **CERTIFIED** copy of this Judgment Order, **after,** it is registered, recorded, docketed, index and filed, with that office, as well as a **CERTIFIED** copy to: Department of Public Safety & Correctional Services/Div. of Parole & Probation/Case Monitoring Unit, Baltimore, MD FAX # **(410)333-8158,** who, **SHALL, immediately** comply with this Judgment

Order where and to whom it is applicable to that agency or Defendants/Judgment Debtors. Petitioners/Judgment Creditor Keenan Kester Cofield's parole is **terminated.**

IT IS FURTHEED ORDERED, the Clerk of this Court, **SHALL,** also fax and mail to: Federal Bureau of Prisons at Lewisburg, PA. ISM/Records Offices, P.O. Box 1000, Lewisburg, PA 17837-1000, **Fax # (570)522-7582**, who **SHALL,** comply with the same as so **ORDERED**, and as described herein.

ORDERED, any and all Judgment Debtors/Defendants, to include **but not** limited to those specifically named herein, **SHALL, immediately** provide the Judgment Creditors/Plaintiff(s), with a CERTIFIED copy of **any** and **all**, records, files, computer entries, investigative notes/reports, **of any** kind, or **any** other records or files of **any** kind located any place, **with any** party, relating to the Judgment Creditors/Plaintiff(s) **in any** names or **any** other information, data listed or in the custody of the above Defendants, and/or associated with the Judgment Creditors/Plaintiff Keenan Kester Cofield. Such matters consistent with other parts and portions of this Order and Judgment **SHALL,** mail the same in care of the Plaintiff at: 4109 Cutty Sark Rd. Baltimore, MD 21220.

ORDERED, the "**ORIGINAL RECORDS**" of this case and Court, **shall be SEALED, permanently,** and further, **SHALL,** not be opened for **any** reason or **any** other review, (**unless**) approved by the Plaintiff(s)/Judgment Creditor Keenan Kester Cofield, **in writing, only,** to this Court. This portion of the **ORDER** is otherwise held, **IRREVOCABLE.**

ORDERED, the Clerks of the United States District Courts for the Middle District of Pennsylvania, and U.S. District Court in Baltimore, MD, **SHALL,** acknowledge by **RETURN MAIL,** by providing this Court and Plaintiff(s), **WRITTEN NOTICE,** or other Confirmation of receipt of this Judgment Order, and a copy of the attached Notice certifying the enclosed Court Judgment Order had been registered, recorded,, docketed, indexed, and filed with their respective Court Clerks Offices as directed, and also by return mail provide the Plaintiffs with a **CERTIFIED** stamp filed copy of the Notice described herein. When, **each,** Court Clerks Office has registered, recorded, docketed, indexed and filed this Court Order Judgment, with its Case Number, Clerks signature affixed to the Notice, as a Judgment of the Federal District Court and/or Foreign Judgment.

ORDERED, Writ of Habeas Corpus/Writ of Error Coram Nobis, Tort/Notice of Claims, Confessed Judgment, and other Petitions, so filed, is hereby **GRANTED,** as **each,** of the instant noted convictions, sentences, or other imposed disability, is **voided,** and otherwise ruled invalid as described in the Original Petitions and Claims, in favor of the Judgment Creditor/Petitioner/Plaintiff Keenan Kester Cofield, as otherwise outlined relating to the following cases, or as noted in other parts of this Order, so affected: United States District Court (Baltimore, MD), Case Number 04-CR-0099-MJG; USDC Eastern District of Tennessee, Case Number: 01-CR-024; Baltimore County District & Circuit Courts, Case Number(s): 01-CR-3868, 05-CR-558, 05-CR-1496, 05-CR-1502; plus, **any and all,** other criminal convictions and sentences from the State of Alabama, Madison & Morgan County District and Circuit Courts, and Clayton County Superior Court, Jonesboro, GA, by whatever case numbers are listed in their custody in the name of Petitioner, Keenan Kester Cofield, or **any** other named Judgment Creditor(s), are also ruled constitutionally defective, and those convictions are **null, void, and invalid. FURTHERMORE,** as otherwise

described in this Order, the Clerk of the United States District Court for the Northern District of Alabama, (Birmingham), in the case of **(Lord) Keenan Kester Cofield** v **Department of Corrections Alabama, et.al.,** and **Dr. Keenan Kester Cofield, et.al. v McDonalds Corp., et.al.,** filed in the Circuit Court for Baltimore County Maryland, or any other Judgment(s) or Court Orders on file against the Judgment Creditors/Plaintiff(s), **each,** Court Clerk, including Baltimore City Circuit Court Clerk, in Baltimore, Maryland, as instructed throughout this Judgment Order, **SHALL, immediately, without any delay, void, vacate and expunge any** negative information, entries **of any kind,** Judgment or other Court Order, records and **any entries** made in **any** Court Computer, or **any** other files, or databases, of the names of Judgment Creditors, <u>Keenan Kester Cofield, Lord Keenan Kester Cofield, Chere' Nedd, Dr. Keenan Kester Cofield, Karen D. Felder-Cofileld, Orian D. Cofield, Arivette Cofield, Kevin L. Cofield, Shiquanna D. Erwin, Jennifer F. Erwin-Atkinson, LaVerne Hunter-Thompson, or any other Judgment Creditors,</u> wherever said records or files are located in their names.    **Any term of** Supervised Release, is also **terminated.**

**ORDERED,    EFFECTIVE    IMMEDIATELY,**    Notice    is    again    issued    that    the Plaintiff(s)/Judgment Creditors are **SECURED PARTY CREDITORS** and **NO** Judgment Debtors or Defendants, by whatever names or through **any,** agents thereof, **SHALL,** use in **any form,** the copyrighted/trademarks names of Plaintiff(s)/Judgment Creditors, **without written permission and consent, "FIRST".**

**ORDERED,** Judgment Debtors/Defendants, or any agents, employees thereof, **each,** are **PROHIBITED,** or otherwise **ENJOINED,** and **SHALL,** not file, **any,** suits, claims, counterclaims, or **any** other actions of **any kind,** in **any,** Court in **any,** jurisdiction, State/Federal, in relationship to this Judgment or **any** part of the Original claims, cause of action. This portion of this Order and Judgment is **IRREVOCABLE,** and **any** Judgment Debtors who files **any** such claims, complaints, suits of **any kind or nature,** by **any** Defendants, so upon this Judgment Order with Notice, **SHALL,** dismiss such action, filing, as this Judgment Order, **SHALL BE,** filed with that Court, for the purpose of having **any** court or **any** other complaint so filed, with, **anyone,** any other Defendants/Judgment Debtors or any agency/agents thereof, and/or this Judgment Order serves and **FURTHER NOTICE,** to all Judgments debtors, law firms, lawyers, or **any** other, who, **shall** file, or attempt to file **any** complaint or suit with **any** Defendants or on behalf of **any** Defendants/Judgment Debtors, **in any** jurisdiction, State or Federal Courts, **shall be,** a direct violation of this Judgment Order for **any** Judgment Debtors , or **any** agent(s) thereof acting on behalf of **any** Judgment Debtors/Defendants, **SHALL PAY SANCTIONS,** in the amount of $1,000,000 dollars for **any and each occurrences,** to **each,** Judgment Creditors, **directly,** and being reported to the State Bar Association/American Bar Association for direct violation of this Judgment Order, when **any** act or filing against **any** Judgment Creditors is filed or occurs.

**ORDERED,** No party by whatever names to this action, **SHALL,** at anytime or place, disclose, share, talk, e-mail, call, mail, fax or release, to the public, media, law enforcement or otherwise, **in any form, any,** information, documents, records, papers or a copy of this Judgment Order, about this case, issues, or the arrests or any records made relating to Plaintiff(s), or **any** other relief awarded or granted and **IT IS FURTHER ORDERED,** all details of this action **SHALL** be kept private and confidential, **permanently,** among the parties. **THIS PORTION OF THIS ORDER IS**

A **GAG ORDER** **TO ALL PARTIES NAMED OR UNKNOWN TO THIS JUDGMENT ORDER AND CAUSE OF ACTION.**

**ORDERED, No** Defendants/Judgment Debtors, **SHALL**, pay or deposit **any** part or portion of the money Judgment or **any**, other property, stock relief entered herein, into **any Court**, by **any**, Defendants/Judgment Debtors, and all monies **SHALL**, be paid directly to the Plaintiff(s)/Judgment Creditors as so **ORDERED, immediately,** and upon the approval of the Plaintiff Keenan Cofield, financial arrangements can be made, if Plaintiff, so agrees, in writing.

**ORDERED, any**, U.S. Marshal, Sheriff, law firm, collection agency, **SHALL,** have **FULL** power and authority to enforce the money judgment and/or **any** part thereof, **in any**, State/Federal Court jurisdiction, where **any** accounts, assets, property, bonds, Defendants/Judgment Debtors, or **any** other securities are located or found, belonging **to any**, Judgment Debtors/Defendants, or **any** agents or divisions acting for or on behalf of **any** Judgment Debtors, and said U.S. Marshal Service, Sheriff, law firm, collection agency, **in any** jurisdiction can have **FULL** access to and **SHALL**, take control of **any** account or accounts or **any** other property, **without any, Writ of Execution** as authorized by Rule 69 Federal Rules of Civil Procedure, and the Plaintiff(s), **themselves, each , , SHALL**, also have the **same right and authority** to access, seize, take control, take **FULL TITLE to any** monies, stocks, bonds, lands, buildings, vehicles, furniture, wares, **without any,** limits, and confiscate, repossess **any** account, property of **any** Defendants and/or obtain **any** such information from **any** Defendants/Judgment Debtors, in order to satisfy this Judgment or other relief.

**ORDERED,** that a copy of this Judgment **SHALL BE,** faxed to the **U.S. Probation Office in Baltimore, MD** at **(410)962-3304,** who **SHALL, immediately, CLOSE, any**, record files on Judgment Creditor **Keenan Kester Cofield, terminate,   any, term of supervision under that offices control.**

**ORDERED, if any,** Judgment Debtors/Defendants fails or refuses to act or act the **FULL** amount of the money judgment and/or to include **any** other relief, to whom that is applicable, this Order **SHALL**, be used to enforce the same. **FURTHERMORE,** the Clerks of **any** Court **in any**, State, upon Notice by the Plaintiff/Judgment Creditors, **SHALL,** then issue a **Writ of Execution,** if necessary, to **any** U.S. Marshal Service, Sheriff, law firm, collection agency/firm, to enforce the money judgment and/or **any** other part hereby **without,** further review or challenge by **any** Judgment Debtors.   Otherwise, as described above **(NO) Writ of Execution** is required as authorized by Rule 69 Federal Rules of Procedure.

**ORDERED, any** disobedient party/Judgment Debtors is further compelled to **FULLY** with this entire Judgment as applicable to that party, pursuant to Rule 64, Rule 70(a)(b)(d); 28 USC 566(a)(c) FR.CIV.P. and **any**  and Judgment  Debtors not in **FULL** compliance **SHALL** be held in **CONTEMPT** of this Court Order, pursuant to the laws of said State, Courts, and this Order.

**ORDERED, any,** U.S. Marshal Service, Sheriff, **SHALL,** if necessary, forward **any** writ, order, or process **to any,** other Judicial District, or offices for service, if necessary, in the event, **any** Judgment Debtors/Defendants fails to comply with this Order, or pay the money judgment, to an sure this Order is enforced to the letter of this Judgment Order as described.

**ORDERED, IT IS SO ORDERED,** any Judgment Debtors/Defendants who violate or in violation of any part of this Judgment, **SHALL,** pay any and all fees pursuant to Title 28 USC 1921, 28 USC 1961, for collection, seizure, levy and enforcement by the U.S. Marshal Service, Sheriff, etc. if necessary, **in any** State or Judicial District where any, assets, property, or where any Defendants does any business in any form, or where any assets, accounts, property can be located in such names, with further assistance, if necessary, of any law forms, collection agencies acting on behalf of the Plaintiff(s)/Judgment Creditors, **SHALL,** seize any and all property owned by any Judgment Debtors located in any State, to satisfy the money judgment or any part thereof, including taking recovery of any stocks, bonds, or other securities, to satisfy this Judgment and Order in FULL, if money funds **are not** fully available, for recovery or seizure of any monies. **IT IS FURTHERED ORDERED,** if necessary any U.S. Marshal, Sheriff, of any jurisdiction, **SHALL,** take immediately any and all properties owned by any Defendants/Judgment Debtors, **in any** State, to satisfy this Judgment, if funds can not otherwise fully pay the money judgment ordered, and **SHALL** take **FULL Title** to any property, also, to satisfy this Judgment, and the same **SHALL BE automatically and immediately TRANSFERRED** to and in the names of the Plaintiff/Judgment Creditors, Keenan Kester Cofield, without delay.

**ORDERED,** SSA/Social Security Administration, and any Field Office supervisors, managers, agents, **SHALL** by this Order, **no time** during which the Plaintiff **Keenan Kester Cofield,** was ever held illegally or wrongfully, or unconstitutionally in custody by any Defendants, as a result of any conviction **from any** Court, State or Federal, as described above, **SHALL,** be used against the Judgment Creditors, affect his benefits awarded. SSA, **shall,** in addition to other ordered relief, **shall, immediately, re-calculate, all benefits awarded** in name of the Plaintiff **Keenan Kester Cofield,** receiving **FULL** credit from **1979 until** the date of this Order and **all** other Orders, continuing, **shall,** modify, and supersede any other previous SSA Orders/ALJ Orders entered. This portion of this Order **only** affects those Defendants/Federal Government Judgment Debtors agencies, as noted as parties herein, under that Judgment Order, and/or case. **IT IS FURTHERED ORDERED,** Judgment Debtor/Defendants, SSA, and/or **any and all, other United States Government Defendant(s), can through DIRECT DEPOSIT ACCOUNT, with Social Security Administration,** pay the Judgments of this case and **all** other **separate** cases and Judgment Orders, involving the Judgment Creditor **Keenan Kester Cofield, directly,** into that account, using that process, or in the alternative, SSA **and/or** any other U.S. Government Judgment Debtors, **SHALL** otherwise, make payment by check.

**ORDERED, each,** Judgment Debtors/Defendants, **shall, immediately** establish a fast and safe method to **TRANSFER FULL** payment and compliance with this Judgment/Order to the Plaintiff(s) and/or any Title to any stocks, property, or other assets, open accounts, issue credit cards in his, name **Dr. Keenan Kester Cofield,** to whom this Order so applies, as **each** Defendants/Judgment Debtors **shall** per this Order satisfy this Judgment Order or other relief in FULL, upon receipt thereof. **ALL CONDITIONS OF THIS ORDER AND JUDGMENT SHALL** BE CARRIED OUT, **WITHOUT** CHANGE, OR CHALLENGE.

ORDERED, No other Court(s) Order, from **any** Court, of from **any** jurisdiction, State/Federal Court(s), **SHALL void, supersede, change or otherwise modify this Judgment Order,** or **any** part or portion thereof as **ORDERED,** and **any** such ORDER, **SHALL,** be and have no force and effect over or upon this Court Judgment, and it otherwise **void** and **cannot** be enforced by **any** Judgment Debtors, against this Judgment Order.

ORDERED, MSN, or **any** agents divisions thereof, and to include **but not** limited to **any** other internet company owned by MSN/Microsoft, that they **shall immediately** search all its computers records, search files, databases, and remove from **any** web pages, **any** entry, web pages, notes of **any** kind found in their custody in the names of the Judgment Creditors **shall** remove, delete, and purge **any** web sites or web pages that have **any** information on them relating to **any** Judgment Creditors. Otherwise, MSN **shall** pay **no** damages **are not** assessed against MSN. **This portion of this Judgment only affects MSN/Microsoft.**

ORDERED, **any**, (financial) Defendants/Judgment Debtors, **shall**, not at anytime, refuse and/or deny the Plaintiff(s) from opening **any type** of account(s), or **any** other financial services associated with this Court case or its Judgment of this Court, **shall be removed,** if **any** negative information is noted prohibiting anyone of the Judgment Creditors from opening an account, cash **any** check at **any** banking or financial institution. **This Judgment Order is a CEASE AND DESIST ORDER, ENJOINING, any and all, Defendant(s)/Judgment Debtors, or any others, otherwise not known, in any State from such activity against any of the Judgment Creditors/Plaintiff(s). IT IS SO ORDERED.**

ORDERED, **any**, negative information, from **any** Defendants or **any** other sources, companies, corporations, collections agencies, law enforcement/departments, insurance companies, banks, finance companies, court clerks, credit bureaus, to include **any** credit bureau files, records, databases of **any** Defendant(s), accounts records, internet search databases, mortgage bills/records, insurance records/bills, bank records, bank databases, accounts records of **any** kind, civil suits, criminal court records/case files, in **any** jurisdiction State or Federal\, debts, fines, fraud databases, checking systems, **any,** collection agency bills, records/banking databases, chex systems, telecheck, Choicepoint, Certegy/Check Systems, NCIC, medical bills, or **any** other accounts, and files of **any** kind, found in the names of each of the Plaintiff(s), to include **but not** limited to:  **Karen D. Felder-Cofield, Orian D. Cofield, Chere' Nedd, Kevin L. Cofield, Shiquanna D. Erwin, Arivette Cofield, Jennifer F. Erwin-Atkinson, LaVerne Hunter-Thompson,** or **any** records, files, accounts, West Law/Lexis, **any** Public **–continue next page(s)**

records, computer files, government records/files, from **any,** City, County, State, U.S. Federal Government computer databases, or hardcopy files/paper, when or where located, upon **NOTICE** of this Judgment Order, **SHALL, immediately, without delay,** as instructed by the Plaintiff(s)/Judgment Creditors, **expunge, purge,** and/or otherwise, correct **any** accounts, debts, bills, collections, **if any,** with **any** Judgment Debtors/Defendants, or anyone else, to **ZERO BALANCE, paid in full,** as **each** Judgment Creditors are **"SECURED PARTY/CREDITORS".**

**ORDERED,** that filing **any** Bankruptcy action in **any** Court to intentionally avoid payment of this Court Judgment, or enforce this Judgment Order and other relief, **any** such act by **any** Judgment Debtors/Defendants **SHALL** be a direct violation of this Judgment Order and the Judgment Debtors/Defendants could be **HELD** in Contempt of this Court Order.   **IT IS FURTHERED ORDERED,** in the event **any** Judgment Debtor(s) **cannot** pay the **FULL** amount of this Judgment to the Judgment Creditors/Plaintiff(s),  or the matter **cannot** be settled or resolved, the Judgment Debtors/Defendants **SHALL,**  automatically **FORFEIT, AND CEDE, immediately, without delay, any and all FURTHER rights, interest or control,** then **TRANSFER, FULL** title, deed, access, ownership, to **any and all** accounts, assets, property, securities, stocks, bonds, insurance policies, of whatever kind, name or value, to the Judgment Creditors, and the Judgment Debtors, so affected, **SHALL BE,** fully responsible and ensure **any and all** necessary filings to recording **any** documents of ownership, including bank accounts, trust, and/or titles to deeds, or **any** other property otherwise not known or described herein is correct, accurate, and complete, according to **any** laws of **any** city, county, state, federal government agency, or other jurisdiction.

**ORDERED,**  Judgment Creditor(s) named herein **SHALL** have **FULL** power, control, and authority, **without limitations,** to enforce this entire Judgment Order, to collect the money relief awarded, to further take, seize, forfeit, repossess, **anything of value or not,** from **any** Judgment Debtors located in **any** State, **without,** the need of a WRIT OF EXECUTION, pursuant to Rule 69, Federal Rule of Civil Procedure, and this Order, and/or to enforce the money judgment entered, with **FULL** access and/or **TRANSFER** title/deeds over **any** accounts, property, assets, monies, stocks, buildings, securities, insurance polices, or anything of value, to confiscate, repossess, take, attach and seize from **any** violator-Judgment Debtors so located or found **in any** jurisdiction, or State, **AND IT IS FURTHERED ORDERED,** Judgment Creditors/Plaintiff(s) **SHALL** have the **FULL** right, duty and powers to enforce this Judgment Order in **any** state or jurisdiction to collect the Judgment **SO ORDERED, as SECURED PARTY CREDITOR, themselves, personally, without any** restriction.

**ORDERED, (NO)** Judgment Debtor/Defendants in **any** event that entity, company, corporation or by whatever name(s), fails to have **FULL** funds or assets to satisfy this Judgment Order in **FULL**; Judgment Debtors are **PROHIBITED/ENJOINED,** and **SHALL NOT** move, remove, sell, destroy, disconnect, nor take away **any** item, products, equipment, property of **any kind,** books, records, wares, computers, furniture and/or anything else of value or not from any property/premises located or owned by **any** Judgment Debtors, agents or other firm(s), the subject of seizure or ownership takeover of title/deed/Transfer of Ownership;  **IT IS FURTHER ORDERED,** that the Judgment Creditors and Plaintiffs **SHALL  immediately** contact **any** U.S. Marshal, Sheriff, City, County, State Police agency

or officers, in said property location, to enforce this Judgment Order, if necessary, and **HOLD** the violator(s) in Contempt of this Court Order, for violation of <u>any</u> part or portion of this Judgment Order, and further, **IT IS ORDERED,** the Judgment Creditors are directed to file Notice in **any** State or Federal U.S. District Court in **any** jurisdiction, whereas any violation has occurred for that Court/Clerk **SHALL** upon this Judgment Order, take immediate action, injunction to issue, **without any further or judicial for of review,** and/or **BODY ATTACHMENT,** against **any** Judgment Debtors/Defendants who violates this Order, and such do hereby Order or instruct the Court/Clerk **SHALL** order a <u>WRIT /NOTICE TO SHOW CAUSE</u>, why, if necessary, the Judgment Debtors/Defendants **SHALL** not be held in Contempt of this Court Order or arrested for violation of this Order.

**ORDERED,** the Judgment Creditors/Plaintiff(s)/, **personally, SHALL** have **FULL** power, authority, **unrestricted rights to enforce** this Order in **FULL,** as this Judgment Order **SHALL** act as an **immediate EVICTION ORDER** to **any** property owners, managers, employees or **any** other persons of **any** Judgment Debtors, who violate this Judgment Order or fails to **FULLY** comply with **any** part of this Order. **ADDITIONALLY, IT IS FURTHER ORDERED,** this Judgment Order **SHALL** be enforced in like manner as a **RIGHT TO EVICTION,** against **any** violator Judgment Debtor/Defendants, as this Order **SHALL** call upon **any**, <u>U.S. Marshal, Sheriff, Police Officer, Collection Agent, Law Firm</u>, to enforce this Judgment Order, if necessary, **with the immediate removal of any persons on the property without the permission of the Judgment Creditors, any violation of this Judgment Order could subject the violator of being charged with Trespassing.** **IT IS FURTHER ORDERED,** no further proceedings are available or need be taken, nor **SHALL** be held of **any** kind against **any** Judgment Debtor(s)/Defendant who is **EVICTED,** pursuant to this Judgment Order, and no Judgment Debtors **SHALL NOT** file or have **any** right **in any** Court to challenge, contest in **any** form, **in any** Court case in **any** state/federal jurisdiction is **PROHIBITED** as otherwise ordered as described above in this Judgment Order. The Right of Eviction is solely the power, right and authority of the Judgment Creditors/Secured Parties, **without any** Court review, in **any** Court, in **any** state/federal jurisdiction. **IT IS ORDERED THIS PROVISION IS IRREVOCABLE.**

**ORDERED,** **each,** Judgment Debtors/Defendants, Custodian of Records, Information Officers, by whatever names, **SHALL** upon receipt of this Court Order, more specifically, **any,** Court Clerks and/or all law enforcement/government agencies, City, County, State, Federal, **SHALL** file, record and index in their records, computer files, and databases, this Judgment Order as a part of their computer records or files as a miscellaneous record entry in the Judgment Debtors computer databases, which can be assessed by **any** law enforcement agency, <u>U.S. Marshal, Sheriff, Police agency</u>, in like manner, as an entry into the NCIC, EXPARTE ORDERS, or **any** other Court ordered action that is fully assessable by **any and all** law enforcement or other agencies having access to the same information. **IT IS FURTHER ORDERED,** this Judgment Order provision, **SHALL,** remain in **FULL** force and effect, **until,** **each** ,Judgment Debtors/Defendants or **any** of their agents thereof receive **WRITTEN CONFIRMATION** from the Judgment Creditors/Plaintiff(s) to now **WITHDRAW** the Court Order from its records. **IT IS SO ORDERED.**

**ORDERED,** all Judgment Creditors/Plaintiff(s), (DR.)Lord Keenan Kester Cofield, Karen D. Felder-Cofield, Orian D. Cofield, Arivette Cofield, Chere' Nedd, Kevin L. Cofield, Shiquanna D. Erwin, Jennifer F. Erwin-Atkinson, LaVerne Hunter-Thompson, are **without any** limitations, as a **SECURED PARTY, each,** are independently, **TOTALLY EXEMPT,** by **any and all** laws, rules, regulations, policies, state, federal, UCC, from levy, taxes, debts, collections, bills, suits, claims, **any** type of Court action or proceedings in **any and all** state, Federal Courts, U.S. Territories, or Domestic, **permanently. IT IS SO ORDERED, each,** Judgment Creditors **"SECURED PARTY" status is IRREVOCABLE.**

**ORDERED,** (NO) Judgment Debtors/Defendants, from **any** City, County, State, or United States Federal Government agency by whatever names **SHALL** not deny and/or refuse **any** application for **any** license, permits, passports, vote right, or **any** other right(s) or privileges under **any** state or federal laws, due to the loss of **any** right, civil rights or privileges, from the result of any past arrest and/or conviction from **any** state or federal jurisdiction. **IT IS SO ORDERED,** the same **SHALL** be **FULLY RESTORED** when and where lost or taken, in **any** jurisdiction, by **each** and **all** Judgment Debtors, including **any** right to vote, hold office, political offices, juries selection, **all** civil rights and liberties are all **FULLY RESTORED,** in **any** state/federal jurisdiction, **without any FURTHER review or notices. IT IS SO ORDERED.**

**ORDERED,** that a copy of this Judgment Order, **SHALL** be filed, recorded, and indexed, with the United States Copyright and Patent/Trademarks Offices, **immediately,** by the Judgment Debtors/Defendants, and/or **any** agents thereof, or the Judgment Creditors can present the same for filing, **without, any, payment or pre-payment costs or filing fees. IT IS SO ORDERED.**

**ORDERED, any,** Judgment Debtors/Defendants or their agents, employees thereof, who, **denied, rejected, or refused, any** right, or other privileges **to any** Judgment Creditors, to **any** employment, **any** application, services, as a result of **any** act or action from **any** Judgment Debtors, based upon, **any** alleged negative, false, erroneous, incorrect or inaccurate information, during **any** search of **any** computer records, programs, software, or computer databases, which adversely affected the decision process, whether the subject matter of this case(s), known or unknown, the Judgment Debtors, or **any** agents, thereof **SHALL immediately, without** delay, **VOID, any** denial, denied decisions or adverse action against **any** Judgment Creditors, and **IT IS FURTHER ORDERED,** that the application process, **SHALL,** be fully **RESTORED,** and the affected Judgment Creditors **REINSTATED, without, any** loss to **any** benefits, services, rights or privileges taken **without due process of law. IT IS SO ORDERED, the matter is not subject to any** agency or other court review.

**ORDERED, Injunctive Relief, and Declaratory Judgment/Decree,** has been **AWARDED/GRANTED,** in favor of **each** Judgment Creditor/Plaintiffs, against **any and all** Judgment Debtors/Defendants named in this action, **without, any** further review, as this provision of the Judgment Order is **IRREVOCABLE,** and **cannot** be terminated at all, affecting **ALL,** parts, provisions, portions, and language described in this Judgment Order to be enforced, fully. **IT IS SO ORDERED.**

**ORDERED, (NO),** Judgment Debtors/Defendants named to this action as **any** result of this Judgment and Order, **SHALL NOT** and/or is **PROHIBITED & ENJOINED,** from discriminating against, instituting **any** complaint(s), adverse employment proceedings **of any kind,** or **any** other matter, by **any** name(s), **SHALL NOT,** be filed, or served, upon **any** Judgment Creditor/Plaintiff(s) due to the filing of this action and/or due to **any** part or portion of this Judgment Order, against **any** Judgment Creditors/Plaintiff(s) named in this Court Order, **any such action, SHALL BE** a violation of this Judgment Order, as so described. This **Section** of this Judgment Order **SHALL** act and serve as a **permanent PROTECTIVE ORDER,** against, **any and all,** Judgment Debtors and Defendants named to this action and Judgment Order, **past, present, future, and "SHALL NOT", expire.    IT IS SO ORDERED.**

**ORDERED, any** term of supervision/probation for Judgment Creditor, <u>Shiquanna D.Erwin,</u> is hereby **terminated,** and the Clerk of Court for Madison County, Alabama, **SHALL, void, any,** term of Probation, and furthermore, **expunge any and all records,** in the name of Judgment Creditor, <u>Shiquanna D. Erwin</u>**,** as directed to the Madison County District & Circuit Courts, **EFFECTIVE IMMEDIATELY.    IT IS SO ORDERED.**

**ORDERED, (NO)** Judgment Debtors/Defendant(s) **SHALL, close, or cancel, terminate, freeze, turn-off, any,** accounts, policies, credit cards, or **any,** other services of **any kind or names,** presently being held in the names of **any** Judgment Creditors/Plaintiff(s), and **each,** Judgment Debtors/Defendants, their agents, contractors or **any others,** otherwise not known or named to this Judgment Order, **SHALL BE, ENJOINED & PROHIBITED,** as a result of this Judgment Order or case, from **closing or cancellation** of **any** accounts, credits cards, policies, as **each,** Judgment Debtor/Defendants were **ordered,** and have been ordered, to mark, **any and all,** accounts, collections accounts, bills, credit cards, debts, financial accounts/bills,  policies, marked **PAID IN FULL, with any and all BALANCES,** noted with **ZERO/ $0,** as the Judgment Creditors are **"SECURED PARTY CREDITORS",** and are **exempt,** from levy, collections, debts, taxes, under the U.C.C. **IT IS SO ORDERED,** this provision is **IRREVOCABLE,** and act as Notice to **any and all** Judgment Debtors.

**ORDERED, Any and All,** Judgment Debtors/Defendants, their owners, agents, employees, divisions,  shareholders,  contractors  of  **any  kind  or  names,**  are  **ALL, PROHIBITED/ENJOINED,** from contacting, writing, telephone calls, mailing, harassing, and/or communicating, **in any** form of communication, or through the use **of any** hired firm, third parties, collections agents, **in any state or jurisdiction, SHALL CEASE, immediately,** when and as it relates to **any,** alleged debts, collections, bills, notes, credit cards, medical bills, or **any** other matter, involving **any** Judgment Creditor/Plaintiff(s) named in this Judgment Order, is **ORDERED, permanent.    IT IS SO ORDERED, any,** subsequent violation of this Judgment Order, **SHALL** subject, and the Violator Judgment Debtors/Defendant, **SHALL BE,** ordered to pay **SANCTIONS,** in the amount of **$1,000,000 One Million Dollars, per** occurrence to **each,** Judgment Creditor/Plaintiff(s), **directly** to **each,** Judgment Creditor/Plaintiff(s), **without, any** further hearing or judicial review. **FURTHERMORE, any** Judgment Debtors/Defendants who violates this provision of this order, **SHALL** pay a fine(s) to this Court **directly,** in the amount of **$10,000,000 Ten Million Dollars,** for **each and every** reported violation by the Judgment Debtors/Defendants. **IT IS**

**SO ORDERED, without any appeal or Judicial/Court review, in or from any jurisdiction, State and/or Federal Courts.**

ORDERED, The Clerk of this Court and **all other Courts, SHALL, immediately** mail and forward a copy of this Judgment Order to be filed, recorded and indexed as a **"FOREIGN JUDGMENT"** to **each** of the following United States District Court/Clerks, throughout the United States, and/or the Judgment Creditor/Plaintiff(s) **SHALL**, file the necessary Notices also along with this Judgment Order to **each**, listed Federal District Court Clerks Offices, **without**, having to pay **any** filing fees or costs which are **WAIVED**, and such costs are to be taxed to the Defendants/Judgment Debtors, as all filing fees are **waived**, and **continues** to be **waived**, in **any**, Court, State or Federal, where this Judgment **shall** be filed, **as so ORDERED. Each** Federal District Court Clerk, **shall** accept the same as so **ORDERED**. The following is the list of United States District Court Clerks who are directed to file this Judgment Order, **without costs and filing fees,** as a **FOREIGN JUDGMENT/REGISTERED, DOCKETED, INDEXED JUDGMENT**:

U.S.D.C. District of Columbia,
U.SD.C. District of Minnesota
U.S.D.C. District of Colorado
U.S.D.C. District of Mass.
U.S.D.C. District of Utah
U.S.D.C. Eastern District of Phil, PA
U.S.D.C. Western District of New York
U.S.D.C. Southern District of New York
U.S.D.C. Northern District of New York
U.S.D.C. Northern District of Texas
U.S.D.C. Western District of Texas
U.S.D.C. Southern District of Texas
U.S,D.C. Eastern District of Virginia
U.S.D.C. Northern District of California/Southern/Central & Eastern Districts of California
U.S.D.C. Eastern District of Tennessee
U.S.D.C. Middle District of Tennessee
U.S.D.C. Northern District of Georgia
U.S.D.C. Eastern District of Washington State
U.S.D.C. Western District of Washington State
U.S.D.C. Northern District of West Virginia
U.S.D.C. Northern District of Ohio
U.S.D.C. Southern District of Ohio
U.S.D.C. Eastern District of Ark.
U.S.D.C. Western District of Ark.
U.S.D.C. Northern District of Alabama
U.S.D.C. Middle District of Alabama
U.S.D.C. Eastern District of MI.
U.S.D.C. Western District of MI.
U.S.D.C. Eastern District of KY.
U.S.D.C. Northern District of IN.

U.S.D.C. Southern District of IN.
U.S.D.C. Western District of North Carolina
U.S.D.C. Southern District, Middle, and Northern District of Florida

**ORDERED, (NO)** Judgment Debtor/Defendants **SHALL**, fire, terminate, harass, intimidate, threaten, **any,** Judgment Creditor/Plaintiff(s) due to or anything associated with the Judgment Order. **any,** violation of this provision of this Judgment Order, **SHALL**, **automatically,** upon **any** Notice to **any** Court/Clerk, U.S. Marshal, Sheriff, State Police, or **any** other law enforcement agency, by **any,** Judgment Debtors/Defendants, that violator(s), **SHALL BE,** arrested, **immediately,** for violation of this Judgment Order, for (Felony) harassment, threaten, Contempt of Court Orders, and also intimidation of witness/party to a Court Order. **IT IS SO ORDERED,** and furthermore this Judgment Order **SHALL** act as a **PROTECTIVE ORDER**, that is **IRREVOCABLE,** and can be enforced by **any** law enforcement agency, in **any state or jurisdiction.**

**ORDERED,** Judgment Debtors, CITIMORTGAGE, **SHALL**, **immediately, without any delay,** mark the account and debts of the Judgment Creditors property located at **2126 Pitney Rd. Parkville, MD 21234**, in the name of Judgment Creditor, Karen D. Felder-Cofield, **PAID IN FULL,** balance **ZERO, with WRITTEN CONFIRMATION,** this mortgage account **BE REPORTED TO EACH,** of the Three Credit Bureaus who are Judgment Debtors to this action..

**IT IS FURTHER ORDERED,** the current Mortgage Holder-Citi Mortgage, Inc. **SHALL,** ensure **any and all** records, title & deed is in the name of **Karen D. Felder-Cofield, Judgment Creditor.** **FURTHERMORE IT IS ORDERED,** that CitiMortgage, Inc. **SHALL,** enter into their records and **FULLY RELEASE, Karen D. Felder-Cofield,** of **any,** further legal obligation and debt owed on this property, to CitiMortgage, Inc.. Judgment Creditor **Karen D. Felder-Cofield, owns the property located at 2126 Pitney Rd. Parkville, MD 21234, FREE & CLEAR,** of **any** liens, debts, **any** obligations, payments, or monies of **any** kind to CitiMortgage, Inc. IT IS SO ORDERED.

**ORDERED,** Karen D. Felder-Cofield, or **any** other Judgment Creditors/Plaintiff(s) as "**SECURED PARTY CREDITORS**", **are not** subject to **any, foreclosure proceedings, eminent domain,** in **any** state or jurisdiction, per this Judgment Order. IT IS SO ORDERED.

**IT IS FURTHER ORDERED,** Judgment Debtors, CITIMORTGAGE, **SHALL**, correct, update and report to **each** of the three Judgment Debtors/Defendants Credit Bureaus, the above account is **PAID IN FULL, and removal of any** negative information **of any** Bankruptcy filing, and/or **any** other information on file being reported against this Judgment Creditor(s) who is a "**SECURED PARTY CREDITOR**", the property located at 2126 Pitney Rd. Parkville, MD 21234, is **HEREBY ORDERED,** solely owned and **FULL** title **SHALL BE** **RELEASED** and **TRANSFERRED** in the name of **Karen D.** Felder-Cofield, **AND,** the name of the Deceased Johnnie Felder, former part owner of the property located at 2126 Pitney Rd. Parkville, MD 21234, **SHALL BE REMOVED,** from **any and all** records, title, deeds, of the Judgment Debtors/Defendants, Circuit

**Court for Baltimore County, MD/Land Records-Recording, Baltimore County Office of Budge & Finance, immediately, without, any, delay.  IT IS SO ORDERED.**

ORDERED, (NO) Judgment Debtors/Defendants, **SHALL**, terminate, close, or place **any** freeze, of **any type**, on **any**, account(s), credit cards, or **any**, other financial accounts, debts, or obligations, **without** the **written**, permission of the affected Judgment Creditor/Plaintiff(s), **first.  IT IS FURTHER ORDERED, any and all,** Judgment Debtors/Defendants, **SHALL**, mark and note, on **each**, or **all** accounts, debts, financial obligations owed from **any** Judgment Debtor/Defendants, **PAID IN FULL** balance **ZERO**, and remove, **any**, negative reported or noted information associated with these, **any**, account(s), debts, allegedly owed, to include but not limited to, **each**, Judgment Debtor/Defendants, **SHALL**, contact **each** of the three Credit Bureaus/Collections Agencies who are also Judgment Debtors/Defendants herein, know or unknown, to **remove, any,** negatively reported information relating to **any**, Judgment Creditor/Plaintiff(s) accounts the subject of this Judgment Order, as the Judgment Creditors are **SECURED PARTIES.  IT IS SO ORDERED.**

ORDERED, **Any and all,** United States District Court Clerks, **in any** jurisdiction, who **SHALL**, file, record, docket and index this Judgment Order, as a **FOREIGN JUDGMENT OR REGISTERED JUDGMENT, SHALL, immediately,  SEAL,** as instructed by this Judgment Order, **SEAL** the **entire records and Judgment Order,** so forwarded,  and the same **SHALL NOT,** be **re-opened, ONLY,** for the **limited** purpose **ONLY,** when Notice has been filed by **any**, Judgment Creditor/Plaintiff(s), that a violation or violations have occurred, by **anyone** of the Judgment Debtors/Defendants, to **any**, Court jurisdiction. Otherwise, this provision of this Judgment Order is **IRREVOCABLE, AND NO COURT REVIEW OR CHALLENGE  IS AUTHORIZED NOR PERMITTED, and "any" violation of this Judgment Order, "any", (Hearing) proceedings will "only" be limited to that Violator/Judgment Debtors, "only".    IT IS SO ORDERED.**

ORDERED, the Clerk for the United States Bankruptcy Court in Baltimore, MD, **SHALL**, **immediately**, **expunge, purge**, **remove**, and **delete, any and all, Bankruptcy cases, court files, records, and entries, permanently,** from their custody, in the names of Judgment Creditors, Keenan Kester Cofield, Karen D. Felder-Cofield, Kevin L. Cofield, and **SEAL**, **any** other access to **any** information the subject of the above named Judgment Creditors/Petitioners, including directing notification to **each**, of the three Credit Bureaus, Transunion, LLC, Experian,, and Equifax, **all** Judgment Debtors/Defendants named to this action, **to delete, remove and correct each credit record(s) and profiles of ALL Judgment Creditors/Plaintiff(s) named herein, with WRITTEN notification, to each Judgment Creditor, with a NEW complete copy of their Credit Report/Profiles sent to them at (NO) charges.  ADDITIONALLY, IT IS ORDERED, Transunion, LLC,** Credit Bureau, **SHALL, immediately**, Re-Report, the credit report, profiles of <u>Keenan Kester Cofield,</u> which had been **removed** in error, and **(NO)** credit information is being reported for this Judgment Creditor.

ORDERED, this Judgment Order against, **any and all,** Judgment Debtors/Defendants, is enforceable in **each and every**, State of the United States and **all** its Territories of the United

States of America, as a State and/or Federal **FOREIGN JUDGMENT** or **REGISTERED JUDGMENT.**

**ORDERED,** the Baltimore County Department of Social Services/Maryland Department of Human Resources, **both,** received an illegal, improper, overpayment, from SSA on or from the benefits and Social Security account of Judgment Creditor Keenan Kester Cofield, in the amount of **$9,133.00** in October 2005. **ADDITONALLY,** the above named Judgment Debtors/Defendants, allowed, authorized, and released in 2006, at least (4) four illegal payments, and other benefits, Keenan Kester Cofield was awarded and entitled to, from the Baltimore County Social Service, _EBT_ **account(s)** of  Keenan Kester Cofield, as the Judgment Creditor, was the victim of Identity Fraud. **IT IS SO ORDERED, immediately, without any delay,** Baltimore Co. Social Services and Maryland Department of Human Resources, **SHALL, re-deposit and PAY in FULL,** back into the current **EBT account** of the Judgment Creditor, Keenan Kester Cofield, **any and all,** benefits, funds, monies and other benefits taken illegally, from the account or other sources, belonging to Judgment Creditor/Plaintiff Keenan Kester Cofield,    **IT IS FURTHER ORDERED,** Baltimore County Department of  Social Services & MD Dept. of Human Resources, **SHALL, PAY in FULL,**  the amount of **$9,133.00,  paid to Social Services from SSA, as the Judgment Creditor** Keenan Kester Cofield is **SECURED PARTY CREDITORS,** back into and on **Keenan Kester Cofield's** current **EBT** Social Service account with that agency, **immediately without any review.**

**ORDERED, Each,** of the following named Judgment Debtors & Defendants, and **any and all** other Judgment Debtors/Defendants, **SHALL, immediately, without any delay, credit and mark noted,  PAID IN FULL, "any and all", loans, credit card, financial accounts, mortgage(s), securities, of any other account(s), or debts by whatever name, held in the names of EACH,** Judgment Creditor(s), Plaintiff(s), with **EACH,** Judgment Debtor/Defendants:  **Discover Card, American Express, Comcast, DELL, Washington Mutual, Inc., Loews Corp., Home Depot, Inc., Franklin Bank Corp., Citi Business Services, LLC, Wells Fargo Bank/Wells Fargo & Co., Chase Home Finance, Capitol One, Macys, Inc. JC Pennys, and all other named credit card, finance, insurance or any** other Judgment Debtor/Defendants, not named herein, but are Judgment Debtors/Defendants, named in this Judgment Order.

**IT IS FURTHER ORDERED, EACH,** Judgment Debtors/Defendants **SHALL,** send **EACH,** affected Judgment Creditors/Plaintiff(s), **WRITTEN NOTICE,** confirming the debts, and/or bill(s) have been credited and marked **PAID IN FULL, to any and all accounts, credit cards, any** bills, debts outstanding.

**ADDITIONALLY, IT IS FURTHER ORDER** of this court, **(NO)** Judgment Debtors/Defendants **SHALL, close** or **shut down, any. accounts, credit cards, and/or deny** the Judgment Creditors/Plaintiff(s) access to their **PAID ACCOUNTS,** information, credit, restored/available to **each** accounts, credit cards **PERSONAL and/or BUSINESS ACCOUNTS/CREDIT CARDS, ETC,** and **EACH** Judgment Creditors/Plaintiff(s) **accounts, credit cards, loans, insurance** or **any** other accounts, by **any** name, **SHALL,**

**RESTORE,** the Original loans, credit card accounts **AVAILABLE CREDIT** back to **EACH,** account(s), **credit cards, immediately,** as soon as this Judgment Order is received, by **EACH,** Judgment Debtors/Defendants, and the Judgment Debtors/Defendants **SHALL, EACH,** send out **NEW credit cards, to any and all Judgment Creditors/Plaintiff(s) named in this Judgment Order.**

**ORDERED,** that <u>Johns Hopkins University & Hospital,</u> **SHALL,** **immediately, without any delay,** turn over <u>any and all, medical reports, studies reports, medical records, research notes, reports</u> from <u>any and all doctors, rays reports, autopsy reports, archives information, and all other material on EACH and doctors, and researchers of Johns Hopkins,</u> who worked on former patient Henrietta Lacks, Black Female, and the <u>Henrietta Lacks Project,</u> and <u>case study,</u> <u>treatment</u> or otherwise, <u>without,</u> <u>any</u> limitation, to include <u>but not</u> limited to, <u>any,</u> settlements agreements, notes, letters, or <u>any</u> <u>and all</u> other correspondence with the Lacks Family, to date.

**ORDERED,** Judgment Creditor <u>Keenan Kester Cofield,</u> is **HEREBY,** duly authorized on behalf of <u>any and all</u> other Judgment Creditors/Plaintiff(s) to **settle, resolve,** <u>any</u> matter relating to <u>all</u> Judgment Creditors **without any limitations,** to include <u>but not</u> limited to, access to <u>any and all,</u> Judgment Creditor/Plaintiffs account(s), files, or <u>any</u> other legal matter, debts, bills, claims, financial issues, the subject of this Judgment Order, discuss and contact <u>any</u> Judgment Debtors/Defendants on behalf of <u>any</u> Judgment Creditors accounts, files, records.    **IT IS SO ORDERED.**

**ORDERED,** <u>Any</u> Judgment Debtors **SHALL,** change <u>any</u> record(s) of <u>any</u> kind, Name Change of Minor <u>Brandon Partlow-Cofield</u> back to <u>Brandon Partlow,</u> if he so chooses. **IT IS SO ORDERED,** <u>EFFECTIVE IMMEDIATELY.</u>

**ORDERED,** the <u>State of Maryland Department of Assessments & Taxation,</u> located at <u>301 West Preston Street, Baltimore, MD 21201-2395,</u> **SHALL,** **IMMEDIATELY,** **without any delay,** **file, index, and record,** with a copy of **EACH,** recording, a **LIEN,** against <u>any and all</u> Judgment Debtors/Defendants named to this action, as certified herein, with **FULL WAIVER** of <u>any</u> filing fees and/or costs to the Judgment Creditor/Plaintiff(s), <u>Keenan Kester Cofield.</u> **ADDITIONALLY,** this **LIEN FILING SHALL,** remain in effect, against <u>any and all</u> Judgment Debtors/Defendants, <u>until</u> such time as the **FULL** amount of the Judgment has been **PAID IN FULL, SETTLE, OR RESOLVED,** with Notice to this agency, when <u>any</u> Judgment Debtors/Defendants named should be removed. **THIS PROVISION IS IRREVOCABLE,** to and until the debts and judgment awarded, the subject of this **JUDGMENT ORDER,** are <u>paid in full,</u> settle, resolved, or the Judgment Creditors/Plaintiffs, take control, seize, forfeit, repossess <u>any</u> property, accounts, assets or anything of value, <u>of any</u> Judgment Debtors/Defendants, who are unable to pay the amount of the Judgment.    IT IS SO FURTHERED ORDERED, the Maryland Department of Assessments & Taxation **SHALL,** **IMMEDIATELY** note their records of **EACH, LIEN,** against **EACH,** Judgment Debtors/Defendants, with notification by that agency, that such a **LIEN** has been filed and recorded against that person, company, corporation, government agency. **IT IS SO ORDERED.**

Executed by my Hand & Office this the

_25__ Day of _Febevaey__ , 2008

PROTHONOTARY/JUDGE