UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEENAN KESTER COFIELD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, et al., )<br>)<br>Defendants. )<br>) | Misc. Action No. 08-110 (RMC) |

## ORDER

On March 4, 2008, Plaintiff Keenan Kester Cofield, proceeding *pro se,* filed this miscellaneous action. Mr. Cofield filed a proposed order seeking to register a judgment in this court. Attached to the proposed order is a notarized copy of a pleading he filed in court in Dauphin County, Pennsylvania. The pleading, drafted by Mr. Cofield, is titled " 'Foreign' Administrative Judgment by Consent & Confessed Judgment/Lien Order" and includes an "Addendum to Judgment Order by Confession." Because Mr. Cofield has not in fact presented a judgment that could be registered, the Court hereby denies without prejudice his request to register a judgment. In addition, Mr. Cofield filed this matter under seal without explanation. The Court finds no reason for this case to remain under seal, and thus it shall be unsealed by the Clerk.

Mr. Cofield did not file a complaint nor did he pay the filing fee associated with the filing of a complaint. If he were to do so, he would need to comply with Federal Rule of Civil Procedure 8, requiring that every complaint include "a short and plain statement of the claim showing that the pleader is entitled to relief" and that "each averment of a pleading be simple,

concise, and direct." Fed. R. Civ. P. 8(a), (e)(1). Mr. Cofield's current filing fails to set forth a short and plain statement of any claims as it is largely incomprehensible. The pleading is insufficiently clear to put Defendants on notice of any claims against them, even under the liberal "notice pleading" standards of the Federal Rules, as it fails to articulate a comprehensible legal or factual basis for relief. *See Karim-Panahi v. U.S. Congress*, 105 Fed. Appx. 270, 274 (D.C. Cir. 2004) (unpublished).

For these reasons, it is hereby

**ORDERED** that Plaintiff's request to register a foreign judgment is **DENIED** without prejudice and this case is **DISMISSED**; and it is

**FURTHER ORDERED** that the Clerk shall unseal this matter.

**SO ORDERED**.

Date: March 11, 2008

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge